# EXHIBIT 1

**FEDERAL COURT- AUTHORIZED NOTICE OF YOUR RIGHT TO "OPT-IN" TO CLAIMS BROUGHT UNDER THE FAIR LABOR STANDARDS ACT (FLSA) AGAINST RED TIE GENTLEMEN'S CLUB IN VAN NUYS, CALIFORNIA**

<u>RED TIE, LLC dba RED TIE GENTLEMEN'S CLUB; MIKE MUDARIS, an individual; DOE MANAGERS 1-3; and DOES 4-10, inclusive</u>

U.S. Dist. Ct., Central District of California, Case No.: 2:20-cv-5726-ODW (PVCx)

[DATE]

Dear [current or former dancer at **RED TIE GENTLEMEN'S CLUB**]:

Enclosed is a consent form allowing you to "opt-in" to participate in a case that has been filed on behalf of dancers at the club/bar Red Tie Gentlemen's Club in Van Nuys, California. This case has been brought on behalf of anyone who has worked as a dancer at Red Tie Gentlemen's Club in the last three years. **This is a court-authorized notice.**

According to Red Tie Gentlemen's Club's records, you may be eligible to participate in this case because you have worked as a dancer at Red Tie Gentlemen's Club Gentlemen's Club in Van Nuys, California during the last three years. In order to participate in the federal claims raised in this case, and obtain a portion of any judgment or settlement that may be entered on these claims in the dancers' favor, you must complete and return this consent form to the address below by **no later than [DATE], 2020.**

In this lawsuit, the plaintiffs allege that Red Tie Gentlemen's Club, et al. violated the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., because they misclassified dancers as independent contractors instead of employees; plaintiffs further allege that Red Tie Gentlemen's Club did not pay dancers an hourly wage, and required dancers to pay improper "house" fees to the club and required dancers to share their tips with employees who are not eligible to share in service employees' tips.

Red Tie Gentlemen's Club denies that it has violated the FLSA. They contend that dancers are properly classified as independent contractors rather than employees and need not be paid hourly wages under the FLSA, and deny that fees were required to be paid to the Club.

Although Red Tie Gentlemen's Club disputes the merits of this case, they recognize their dancers' right to pursue these claims in court. Red Tie Gentlemen's Club has given its assurances that you will not be subject to retaliation of any kind by choosing to participate in this case, and you will not be discharged or subject to discrimination in any manner if you chose to exercise your rights under the FLSA.

**FEDERAL COURT- AUTHORIZED NOTICE OF YOUR RIGHT TO "OPT-IN" TO CLAIMS BROUGHT UNDER THE FAIR LABOR STANDARDS ACT (FLSA) AGAINST RED TIE GENTLEMEN'S CLUB IN VAN NUYS, CALIFORNIA**

The case is in an early stage, and there has not been a decision by the court as to whether the dancers' position or Red Tie Gentlemen's Club's position is the correct one. There has also not been any settlement reached. If you do not return the enclosed consent form by **[DATE], 2020**, you may not be considered part of this case and may not be able to receive a share of any settlement or judgment that the plaintiffs may obtain under the federal claims in this case. If you do participate in the case, you will be bound by any ruling entered by the court or settlement reached by the parties.

The plaintiffs who initiated this case will work with us to make decisions regarding the progress of litigation, and we welcome your input as well into those decisions. You may also be asked to be a witness or to provide evidence in the case, although not all employees who submit a consent form will be required to do so.

The federal court has further ordered that you be given notice that you may retain counsel of your own choice if you choose to pursue these claims.

**Again, to join this case, you must return the enclosed "opt-in" consent form to the address below no later than [DATE], 2020.** In the meantime, if you have any questions, do not hesitate to contact us at the phone number or e-mails provided below:

John P. Kristensen
**KRISTENSEN LLP**
12540 Beatrice Street, Suite 200
Los Angeles, Arizona 90066
Telephone: (310) 507-7924
Fax:  (310) 507-7906
*john@kristensenlaw.com*
*dancer@kristensenlaw.com*

*Text Message: (310) 913-1201*

**This notice has been authorized by the United States District Court.** Please do not contact the court; you may contact the counsel listed above with any questions you have.

Yours truly,

John P. Kristensen