Calvin R. House (SBN 134902)
calvin.house@gphlawyers.com
Dennis D. Gutierrez (SBN 333633)
dennis.gutierrez@gphlawyers.com
GUTIERREZ, PRECIADO & HOUSE, LLP
3020 East Colorado Boulevard
Pasadena, California 91107
(626) 449-2300

Attorneys for Defendants,
RED TIE, LLC DBA RED TIE
GENTLEMEN'S CLUB and
MIKE MUDARIS

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA  -WESTERN DIVISION

| | |
|---|---|
| SAMANTHA SHAFER, an individual; IDA HURLEY, an individual; AEJA HURT, an individual; and ALEXIS JACKSON, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> RED TIE, LLC DBA RED TIE GENTLEMEN'S CLUB; MIKE MUDARIS, an individual; INGRID GOULDING, an individual; and BOB SIMONI, an individual, <br><br> Defendants. | CASE NO.2:20-cv-5726-0DW-PVC<br>Assigned to Hon. Otis D. Wright, II<br>Dept. D5<br><br>**DEFENDANT'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE re: TRIAL DATE AND FAILURE TO COMPLY WITH MINUTE ORDER [88]** |

Defendants Red Tie, LLC dba Red Tie Gentleman's Club, Mike Mudaris, Ingrid Goulding, and Bob Simoni (collectively, "Defendants"), hereby submits its individual response to the Court's Order to Show Cause, in writing, as to the following:

///

///

N:\RED TIE\SHAFER - 20-cv-05726\PLEADINGS\OSC response to Dkt 94.WPD       1

**DEFENDANT'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE re: TRIAL DATE AND FAILURE TO COMPLY WITH MINUTE ORDER [88]**

**(1) The parties shall show cause why the Court should not impose a sanction of three hundred dollars ($300) on each party for failure to comply with the November 12, 2021 Minute Order.**

The Court should not impose a sanction on Defendants for failure to comply with the November 12, 2021 Minute Order because Defendants acted reasonably and substantial justification in its evaluation of the Amended Stipulation provided by Plaintiffs Ida Hurley, Alexis Jackson, Briggitte Donis, Erika Hice, and Elianna Solis (collectively, "Plaintiffs"). Defendants acted reasonably because the issues covered in the Amended Stipulation significantly impact the case, and therefore, required a significant amount of time to evaluate.

Plaintiffs provided the draft of their Amended Stipulation to Defendants on November 18, 2021. Defendants responded to Plaintiffs noting that review of the amended stipulation is required. Defendants needed additional time to evaluate the Amended- Stipulation for clarity and provisions at issue. Proof of electronic correspondence regarding these conversations is included in Exhibit A.

On November 19, 2021 and November 22, 2021, Defendants reviewed the Amended Stipulation. On November 22, 2021, Defendants requested Plaintiffs clarify issues as to their requested verification of the employee list mentioned on Page 4, Paragraph 4, and as to the notice provision.

On November 23, 2021, Plaintiffs clarified the verification issue and requested a stipulation as to the notice issue. Defendants required time to evaluate Plaintiffs' proposed resolution. The Thanksgiving Holiday began on 11/25/21. That following Monday, the Parties briefly met and conferred on 11/29/21 seeking resolution of the issue. The Parties once again met and conferred on 11/30/21 and stipulated to the agreement proposal from the previous week, 11/23/21.

For the revision of the Amended Stipulation, Defendants spent a reasonable amount of time reviewing the issues since the time it was received on November 18, 2021. Accordingly, Defendants respectfully request that the Court refrain from

1  imposing any sanctions.

2  **(2) The parties shall discharge the obligations placed on them in the**
3  **November 12, 2021 Minute Order by providing the Court with all**
4  **information requested therein. (ECF No. 88.)**

5  On November 30, 2021, the Parties stipulated as to the final version of the
6  Amended-Stipulation. Thereafter, Defendants signed the stipulation. Plaintiffs
7  proceeded with filing its stipulation.

10  DATE:  November 30, 2021         **GUTIERREZ, PRECIADO & HOUSE, LLP**

12                                 By: /s/  Dennis D. Gutierrez
13                                     Calvin R. House
                                       Dennis D. Gutierrez
14                                     Attorneys for Defendants
                                       RED TIE, LLC DBA RED TIE
15                                     GENTLEMEN'S CLUB; MIKE
                                       MUDARIS

### Certificate of Service

I certify that on November 30, 2021, a true and correct copy of the attached **DEFENDANT'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE re: TRIAL DATE AND FAILURE TO COMPLY WITH MINUTE ORDER [88]** was served via email on all participants of record, including the persons listed below, pursuant to Fed. R. Civ. P. 5.

John P. Kristensen
Jesenia A. Martinez
CARPENTER & ZUCKERMAN
8827 W. Olympic Blvd.
Beverly Hills, CA 90211
kristensen@czrlaw.com
jmartinez@cz.law

*Counsel for all Plaintiffs*

/s/ Claudia Ramirez
Claudia Ramirez