John P. Kristensen (SBN 224132)
Jesenia A. Martinez (SBN 316969)
Alina S. Vulic (SBN 337080)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: 310-273-1230
*kristensen@cz.law*
*jmartinez@cz.law*
*avulic@cz.law*
*Attorneys for Plaintiffs*

### THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IDA HURLEY, an individual, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> RED TIE, LLC dba RED TIE GENTLEMEN'S CLUB; MIKE MUDARIS, an individual; INGRID GOULDING, an individual; and BOB SIMONI, an individual, <br><br> Defendants. | Case No.: 2:20-cv-5726-ODW-PVC <br><br> **COLLECTIVE ACTION** <br><br> **DECLARATION OF JOHN P. KRISTENSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR ISSUANCE OF CORRECTIVE NOTICE** <br><br> **Hearing:** <br> Date: June 20, 2022 <br> Time: 1:30 p.m. <br> Crtrm: 5D |

## DECLARATION OF JOHN P. KRISTENSEN

I, John P. Kristensen, hereby declare as follows:

I am an attorney licensed to practice before all Courts in the State of California. I am a Partner at Carpenter & Zuckerman, Counsel of record for plaintiffs Ida Hurley, Alexis Jackson, Briggette Donis, Erika Hice, Elianna Solis, Brittany Thomas, Marissa Mcelhaney, Alyzza Valtierra, Stephanie Munns, Alyxandra Mammensohn, Kayla White, LaShai Hunt, Kema Patterson, Anna Mia Caldwell Bresin, Daisy Resendez (collectively, "Plaintiffs") in this action. I make this declaration of my own personal knowledge, and if called to testify, I could and would competently testify hereto under oath.

1. This is a collective class action alleging causes of action against defendants Red Tie, LLC dba Red Tie Gentlemen's Club ("Defendant" or "Red Tie"), a California Limited Liability Corporation, Mike Mudaris ("Defendant" or "Mudaris"), an individual, Ingrid Goulding, an individual, Bob Simoni for damages due to Defendants evading the mandatory minimum wage and overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq*, charging illegal kickbacks and illegally absconding with Plaintiffs' tips.

2. On or about March 6, 2022, my office became aware that Plaintiff Erika Hice had received a check from "Red Tie Inc." in the amount of $10,000.00 in exchange for a purported "settlement agreement" between Ms. Hice and Defendants. A true and correct copy of the purported Settlement Agreement sent to my office, as well as a picture of the check, given to Ms. Hice, with the memo line of: "For Settlement Lawsuit" is attached to this declaration as **Exhibit 1.**

3. Upon discovering that Ms. Hice had been solicited improperly by Defendants' to settle her FLSA claims by subverting the judicial process, I immediately instructed my office to contact the other collective members to ensure that they were not illegally solicited as well.

4. On or about March 29, 2022, I was made aware that the very same Defendants were illegally soliciting Plaintiffs in a state Court action in the state of California, with the action titled: *Carter v. Red Tie, et al.* Case No. 19STCV32364 In that case, that Plaintiff's counsel filed an Order to Show Cause, wherein Defendants are likewise being held to task for their repeated attempts to "contract around" the litigation and their legally prescribed responsibilities under California Labor Code and/or Business Professions Code. Sanctions are being sought in that OSC. Attached hereto as **Exhibit 2,** is a true and correct copy of that Motion which summarizes the very same coercive behavior on the part of Defendants.

5. On or about April 15, 2022, my office sent emails and text messages to the remaining collective class Plaintiffs cautioning them about Defendants' improper conduct.

6. Plaintiff Briggitte Donis, Plaintiff Kema Patterson, Plaintiff Ida Hurley, Plaintiff Alyzza Valtierra and Plaintiff Jessica Goodman, reached out to my office to recount appalling instances in which they were pursued, harassed, intimidated, contacted, despite their wishes not to be and solicited by Defendants'. True and correct copies of declarations from Plaintiff Donis, Plaintiff Valtierra, and Plaintiff Goodman are attached hereto as **Exhibit 3**, **Exhibit 4, and Exhibit 5.**

7. On Monday, April 4, 2022, I notified Defendant's Counsel stating that I intended to file a Motion for Corrective Notice, to Preclude Communications with Collective and Putative Members and to invalidate any Illegal Agreement. Defendants counsel did not oppose the proposition of some form of corrective notice.

8. A week or so later, plaintiff Alizea Montiel responded to the email sent expressing her desire to be dropped from the suit. I immediately sent written correspondence in the form of a letter, via email to Defendants' counsel stating that I had reason to believe that Ms. Montiel had likewise been improperly

solicited like Ms. Hice. A true and correct copy of that email and its attached letter is attached hereto as **Exhibit 6.**

9. Defendants' counsel responded to that email with one word, "Received." They did not provide the requested documentation in order to ascertsin whether Plaintiff Montiel had indeed been solicited by Defendants.

10. I soon became aware that despite my repeated cautions to Defense Counsel, managers at Red Tie, particularly Ingrid Goulding, were trying to solicit collective members to settle their claims as recently as May 3, 2022.

11. Incredulously, on May 10, 2022, Defendants' Counsel sent a purported "settlement agreement" on behalf of Plaintiff Montiel. It was the exact same purported settlement agreement that Erika Hice had signed, down to the very same misspellings. See attached hereto as **Exhibit 7,** a true and correct copy of the purported "settlement agreement" sent to my office on behalf of Ms. Montiel and Red Tie.

12. I have drafted a proposed notice for this Court to consider as it decides to issue corrective notice. See **Exhibit 8.**

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on Monday, May 23, 2022 at Los Angeles, California.

/s/ *John P. Kristensen*
John P. Kristensen

**DECLARATION OF JOHN P. KRISTENSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR CORRECTIVE NOTICE**
- 3 -