# EXHIBIT 1

I agree: Erika Hice

I have been paid for all hours that I worked at Red Tie Gentlemen's Club, at minimum wage times two, including all interest.

I DO NOT want to participate in any lawsuit against RED TIE or its managers or owners. I want to dismiss my lawsuit, which is going forward in Federal Court.

I am not giving anything up for signing this document other than acknowledging that I have been paid for all amounts due to me as an employer of RED TIE.

Date: 3·6·2022

Signature: Erika Hice





Sent from my iPhone