# EXHIBIT 4

DocuSign Envelope ID: 0FF8D23D-97CC-4062-A0B9-F05DC0449E74

## DECLARATION OF JESSICA GOODMAN

I, Jessica Goodman, plaintiff in this matter, based on my own experience and knowledge, hereby declare as follows:

1. I have personal knowledge of all facts stated in this Declaration and, if called to testify as a witness, I could and would competently testify thereto.

2. On March 14, 2022, my counsel filed my Consent to join this action against defendants Red Tie, LLC *dba* Red Tie Gentlemen's Club; Mike Mudaris, an individual; (collectively, "Defendants") (Defendants' club referred to herein as "Red Tie").

3. I worked for Defendants at various times from approximately 2016 to 2019. I worked at Defendants' club, Red Tie, located at 15832 Stagg Street, Van Nuys, California 91406.

4. During the time I worked for Defendants, I was an exotic dancer/entertainer.

5. I was not paid hourly for my work at Red Tie. Instead, I retained a portion of the dance fees, and customer gratuities and tips. Defendants failed to pay me wages for all hours worked.

6. In or around early March 2022, about a week before I officially opted into this matter, Sami, a manager at Red Tie started to call me repeatedly, on behalf of the Club.

7. From his tone of voice and consistent pleas for me to return to Red Tie, I could tell he was trying to sway me and get the club into my "good graces."

8. In our first phone call, I unequivocally told Sami I was not interested in returning to Red Tie, and had moved on from my employment with the Club. I told Sami quite clearly that I had zero interest in having anything to do with Red Tie.

DECLARATION OF JESSICA GOODMAN     PAGE 1 OF 3

DocuSign Envelope ID: 0FF8D23D-37CC-4002-A5B9-F05DC0449E74

9. Approximately ten (10) minutes later, I received a second call from Sami, again pleading with me to return to the Club. I politely, yet sternly declined Red Tie's offer of employment, again. When I declined for the second time, Sami told me that an attorney might be contacting me to join a lawsuit. He implored me to ignore any calls from any attorneys and to let the Club know if they called.

10. He repeatedly begged me not to join the lawsuit and to ignore any attorney who may be trying to advise me of my rights against Red Tie.

11. A week or so later, when I got a call from my now-Counsel, I was brave enough to disobey Red Tie's "advice," and opted into this case.

12. Further, Defendants continue to harass me with persistent calls. On the afternoon of May 2, 2022 I was continuously called by Ingrid, one of the managers of Red Tie. I told her I was busy and did not want to speak to her.

13. Then again, on the evening of May 2, 2022 I was again called by a different manager at Red Tie, Sami. As stated earlier in this declaration, Sami had called me repeatedly in March 2022, when I opted-in to this action. I told him, again, to please leave me alone and stop calling me.

14. The amount of calls and their nature have left me feeling harassed and intimidated. I have repeatedly asked Red Tie and its agents to stop calling me and pestering me.

15. I am lucky enough to be employed in an entirely separate field now, but my experience as a dancer has made me aware of how vulnerable my fellow dancers, who are asserting their rights against Red Tie, may be, including those who received notice of this lawsuit.

16. I would not be surprised if other dancers at the Club were influenced by Red Tie to accept undervalued settlements immediately, rather than wait for litigation to run its course.

17. I felt, and continue to feel, as though Red Tie is trying to pressure me into accepting some sort of promise of employment or financial security from the Club, in exchange for my silence regarding their wrong and illegal conduct during my employment at Red Tie.

Executed on 5/10/2022 in California.

*Jessica Goodman*
Jessica Goodman

DECLARATION OF JESSICA GOODMAN                              PAGE 3 OF 3