# EXHIBIT 5

## DECLARATION OF ALYZZA VALTIERRA

I, Alyzza Valtierra, plaintiff in this matter, and based on my own experience and knowledge, hereby declare as follows:

1. I have personal knowledge of all facts stated in this Declaration and, if called to testify as a witness, I could and would competently testify thereto.

2. On March 8, 2022, my counsel filed my Consent to join this action against defendants Red Tie, LLC *dba* Red Tie Gentlemen's Club; Mike Mudaris, an individual; (collectively, "Defendants") (Defendants' club referred to herein as "Red Tie").

3. I first worked for Defendants starting approximately August 2017. I worked for Red Tie, at various times, on and off until January 2020. I worked one shift in 2021. I worked at Defendants' club, Red Tie, located at 15832 Stagg Street, Van Nuys, California 91406.

4. During the time I worked for Defendants, I was an exotic dancer/entertainer.

5. I was not paid hourly for my work at Red Tie. Instead, I retained a portion of the dance fees, and customer gratuities and tips. Defendants failed to pay me wages for all hours worked.

6. Aside from one shift in 2021, I have not worked at the club since 2020. I have not spoken to any Defendant or agent at Red Tie since mid to end of 2021.

7. However, last week, after I received Notice of the Mandatory Settlement Conference from my Counsel, I received an unprompted, unsolicited call from Defendant Ingrid Goulding.

8. This immediately caught me off guard as I have not spoken to any one from Red Tie in over a year. Likewise, I found the timing suspect, since I had just received notice regarding a proceeding in my lawsuit against Red Tie.

9. I did not answer Ingrid's call as her contacting me has left me feeling anxiety-ridden.

10. I do not wish to enter into any communications or confrontations with any one from Red Tie.

11. Receiving this unsolicited call has left me feeling anxious, worried and panicked.

12. I do not wish to communicate with anyone at Red Tie. I do not want them to contact me. I feel that their unsolicited attempts to contact me are meant to intimidate and/or harass me, and further, I feel as though they are trying to contact me as a means to get me to drop my claims against them.

13. I still feel nervous and anxious after the unsolicited call from Ingrid.

14. I felt as though Red Tie was trying to pressure me into accepting some sort of promise of employment or financial security from the Club, in exchange for my silence regarding their wrong and illegal conduct during my employment at Red Tie.

Executed on 5/13/2022 in California.

Alyzza Valtierra