# EXHIBIT 8

**FEDERAL COURT- AUTHORIZED NOTICE OF YOUR RIGHT TO "OPT-IN" TO CLAIMS BROUGHT UNDER THE FAIR LABOR STANDARDS ACT (FLSA) AGAINST RED TIE GENTLEMEN'S CLUB IN VAN NUYS, CALIFORNIA**

IDA HURLEY, et al. v. RED TIE, LLC dba RED TIE GENTLEMEN'S CLUB; MIKE MUDARIS, an individual, BOB SIMONI, an individual;

U.S. DIST. CT., CENTRAL DISTRICT OF CALIFORNIA, CASE NO.: 2:20-CV-5726-ODW(PVCx)

[DATE]

Dear [current or former dancer at **RED TIE GENTLEMEN'S CLUB**]:

As an employee of Red Tie Gentleman's Club, you may currently, or potentially, be part of a collective class of workers asserting claims under the Federal Labor Standards Act or "FLSA" regarding your federal employment law rights against the defendants, Red Tie LLC, Mike Mudaris, Bob Simoni and Ingrid Goulding. The claims relate to alleged underpayment and nonpayment of wages and overtime wages, illegal kickbacks, diversions of tips and improper charging of "house fees" in violation of the FLSA.

The case is in federal court in **THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION, CASE NO.: 2:20-CV-5726-ODW-PVC**.

Recently, Red Tie may have contacted you, or attempted to contact you, in an attempt to try to persuade current and future potential Plaintiffs involved in this matter to accept illegal, and very undervalued settlement offers in violation of FLSA.

The FLSA has a mechanism to preclude just the type of conduct by Red Tie as appears to have occurred: offering a "secret" yet inadequate settlement, claiming a defective release, and attempting to avoid Court jurisdiction over the FLSA claim.

If you have been contacted by Red Tie under the pretense of a side-agreement or settlement offer, in violation of FLSA, please contact our office

### FEDERAL COURT- AUTHORIZED NOTICE OF YOUR RIGHT TO "OPT-IN" TO CLAIMS BROUGHT UNDER THE FAIR LABOR STANDARDS ACT (FLSA) AGAINST RED TIE GENTLEMEN'S CLUB IN VAN NUYS, CALIFORNIA

immediately. This also applies if they discouraged you from joining this case.

If you have signed or been offered to sign, an opt-out and/or "settlement agreement," and/or a declaration regarding this collective action, please be aware that the Court has invalidated all such opt-outs as premature and unlawful. If you have accepted a monetary settlement or settlement of any kind from Defendants to "dismiss" your lawsuit as a Plaintiff or have been discouraged to join the collective, the Court will not make you return that settlement in exchange for your continued or future participation in this suit. Any settlements received, shall act as an offset to any greater recovery you receive if prevailing in this action.

You should decide independently whether you wish to participate in this lawsuit as a collective class member and whether you wish to have Plaintiffs' attorney, another attorney, or no attorney represent you.

You are also notified that Defendants Red Tie LLC, Mike Mudaris, Bob Simoni and Ingrid Goulding, and/or any other agents, managers, representatives, subsidiaries, parent companies, employees, and the like, are expressly prohibited by law from retaliating against you for participating in this collective action. This means that they may not reduce your work hours, fire you, or otherwise threaten you with retaliation, and/or adverse employment action for participating in this case.

If you believe you have been retaliated against in connection with this lawsuit, you may wish to contact a lawyer.

### PLAINTIFFS' ATTORNEY CONTACT INFORMATION IS:
#### CARPENTER & ZUCKERMAN
John P. Kristensen, Esq., Jesenia Martinez, Esq., Alina S. Vulic, Esq.
8827 West Olympic Blvd. Beverly Hills, California, 90211.
T: (310) 273-1230 ext. 303 | F: (310) 858-1063 *Text Message: (310) 913-1201*
E: *kristensen@cz.law; jmartinez@cz.law; avulic@cz.law dancer@kristensenlaw.com*

**FEDERAL COURT- AUTHORIZED NOTICE OF YOUR RIGHT TO "OPT-IN" TO CLAIMS BROUGHT UNDER THE FAIR LABOR STANDARDS ACT (FLSA) AGAINST RED TIE GENTLEMEN'S CLUB IN VAN NUYS, CALIFORNIA**

You have the right to retain counsel of your own choosing as well.

**THIS NOTICE HAS BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT.**

Please do not contact the court; you may contact the counsel listed above with any questions you have.

Yours truly,

John P. Kristensen, Esq.
**CARPENTER & ZUCKERMAN**