John P. Kristensen (SBN 224132)
Jesenia A. Martinez (SBN 316969)
Alina S. Vulic (SBN 337080)
**CARPENTER & ZUCKERMAN**
8827 West Olympic Boulevard
Beverly Hills, California 90211
Telephone: 310-273-1230
Facsimile:  310-858-1063
*kristensen@cz.law*
*jmartinez@cz.law*
*avulic@cz.law*

*Attorneys for Plaintiffs*

**THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| IDA HURLEY, an individual; *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> RED TIE, LLC DBA RED TIE GENTLEMEN'S CLUB; MIKE MUDARIS, an individual; INGRID GOULDING, an individual; and BOB SIMONI, an individual, <br><br> Defendants. | Case No.: 2:20-cv-5726-ODW-PVC <br><br> **COLLECTIVE ACTION** <br><br> **DECLARATION OF JOHN P. KRISTENSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS MIKE MUDARIS AND INGRID GOULDING'S MOTION FOR SUMMARY JUDGMENT** <br><br> **Hearing:** <br> Date: June 27, 2022 <br> Time: 1:30 p.m. <br> Courtroom: D5 <br> Judge: Hon. Otis D. Wright, II |

## **DECLARATION OF JOHN P. KRISTENSEN**

I, John P. Kristensen, hereby declare as follows:

1. I am an attorney licensed to practice before all Courts in the State of California. I am a Partner at Carpenter & Zuckerman and counsel of record for plaintiffs Ida Hurley, Briggitte Donis, Erika Hice, Elianna Solis, Marissa McElhaney, Alyzza Valtierra, Jessica Goodman, Alyzza Valtierra, Maribel Real, Stephanie Munns, Alyxandra Mammensohn, LaShai Hunt, Kayla White, Kema Patterson, Anna Mia Caldwell Bresin, and Daisy Resendez (collectively, "Plaintiffs") in this action. I make this declaration of my own personal knowledge, and if called to testify, I could and would competently testify hereto under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of defendant Mike Mudaris' deposition taken on April 1, 2022.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the transcript of defendant Bob Simoni's deposition taken on July 8, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the transcript of defendant Red Tie, LLC dba Red Tie Gentlemen's Club's ("Red Tie") employee Dawn Brown's deposition taken on March 23, 2022.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the transcript of defendant Ingrid Goulding's deposition taken on July 1, 2021.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the transcript of Red Tie's Fed. R. Civ. P. 30(b)(6) witness Ingrid Goulding's deposition taken on December 29, 2020.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the declaration of plaintiff Alyxandra Mammensohn.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the declaration of plaintiff Jessica Goodman.

///

9. Attached hereto as **Exhibit 8** is a true and correct copy of the declaration of plaintiff Alyzza Valtierra dated May 13, 2022.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the declaration of plaintiff Alyzza Valtierra dated May 27, 2022.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Plaintiffs' Interrogatories, Set One to Red Tie served on October 28, 2020.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Red Tie's Response to Plaintiffs' Interrogatories, Set One to Red Tie served on December 28, 2020.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Red Tie's Supplemental Responses to Plaintiffs' Interrogatories, Set One to Red Tie served on July 18, 2021.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on Friday, May 27, 2022 at Los Angeles, California.

/s/ *John P. Kristensen*
John P. Kristensen