# EXHIBIT 1

# *In The Matter Of:*

### *Samantha Shafer*
### *v.*
### *Red Tie, LLC*

---

### *Mike Mudaris VOL I*

### *April 1, 2022*

---



17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

BH CDR Job # **1140185**
number of pages 89

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

|  |  |
|---|---|
| SAMANTHA SHAFER, an individual;<br>IDA HURLEY, an individual; AEJA<br>HURT, an individual; and ALEXIS<br>JACKSON, an individual, | )<br>)<br>)<br>)<br>) No.<br>) 2:20-cv-5726-ODW-PVC |
| Plaintiffs, | ) |
| vs. | )<br>) |
| RED TIE, LLC DBA RED TIE<br>GENTLEMEN'S CLUB; MIKE MUDARIS,<br>an individual; INGRID GOULDING,<br>an individual; and BOB SIMONI,<br>an individual, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF MIKE MUDARIS

Topanga Canyon, California

APRIL 1, 2022

10:00 A.M. - 12:08 P.M.

Reported by:
LISA B. BLACK, CSR# 7977

Mike Mudaris - 4/1/2022

```
1                    THE UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
                                      )
3    SAMANTHA SHAFER, an individual;  )
     IDA HURLEY, an individual; AEJA  )
4    HURT, an individual; and ALEXIS  )
     JACKSON, an individual,          )  No.
5                                     )  2:20-cv-5726-ODW-PVC
              Plaintiffs,             )
6                                     )
          vs.                         )
7                                     )
     RED TIE, LLC DBA RED TIE         )
8    GENTLEMEN'S CLUB; MIKE MUDARIS,  )
     an individual; INGRID GOULDING,  )
9    an individual; and BOB SIMONI,   )
     an individual,                   )
10                                    )
              Defendants.             )
11   _____)

12

13

14

15

16

17            THE VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

18       MIKE MUDARIS, taken on behalf of Plaintiffs in

19       Topanga Canyon, California, at 10:00 A.M., Friday,

20       April 1, 2022, before LISA B. BLACK, CSR NO. 7977,

21       licensed by the State of California, pursuant to

22       Notice.

23

24

25
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com**

Mike Mudaris - 4/1/2022

```
 1      APPEARANCES:

 2

 3           For Plaintiffs:

 4               CARPENTER & ZUCKERMAN
                 BY:  JOHN P. KRISTENSEN, ESQ.
 5               8827 West Olympic Boulevard
                 Beverly Hills, California  90211
 6               (310) 273-1230
                 Kristensen@czlaw.com
 7               (Appeared remotely)

 8

 9
             For Defendants:
10
                 GUTIERREZ, PRECIADO & HOUSE
11               BY:  CALVIN HOUSE, ESQ.
                 3020 East Colorado Boulevard
12               Pasadena, California  91107
                 (626) 449-2300
13               Calvin.house@gphlawyers.com
                 (Appeared remotely)
14

15
             The Videographer:
16
                 JASON BUTKO
17

18

19

20

21

22

23

24

25
```

**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Mike Mudaris - 4/1/2022

```
 1                        I N D E X

 2

 3   WITNESS                 EXAMINATION BY         PAGE

 4   MIKE MUDARIS            MR. KRISTENSEN            6

 5

 6

 7

 8                      E X H I B I T S

 9                     (None offered.)

10

11

12

13

14

15   QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER

16                    PAGE    LINE

17                     (None.)

18

19

20                  INFORMATION REQUESTED

21                    PAGE    LINE

22                     (None.)

23

24

25
```

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Mike Mudaris - 4/1/2022

```
 1            TOPANGA CANYON, CALIFORNIA, FRIDAY, APRIL 1, 2022

 2                           10:00 A.M.

 3

 4

 5            THE VIDEOGRAPHER:  Good morning.  We're on the

 6     video record at 10:00 A.M.  My name is Jason Butko from

 7     Ben Hyatt Certified Deposition Reporters.  This matter

 8     is pending before the United States District Court,

 9     Central District of California Western Division in the

10     case captioned Samantha Shafer verus Red Tie, L.L.C.,      10:00

11     dba Red Tie Gentlemen's Club, et al., Case No.

12     2:20-cv-5726-ODW-PVC.

13            This is the beginning of Media No. 1 in the

14     deposition of Mike Mudaris on April 1st, 2022.  This

15     deposition is being held remotely.                         10:01

16            Counsel, can you please identify yourselves and

17     who you represent starting with the questioning

18     attorney.

19            MR. KRISTENSEN:  John Kristensen of Carpenter &

20     Zuckerman.  I am representing the plaintiffs.              10:01

21            MR. HOUSE:  Calvin House.  I represent the

22     defendants.

23            THE VIDEOGRAPHER:  Can the court reporter

24     please swear in the witness.

25     ///
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

**Mike Mudaris - 4/1/2022**

```
 1                      MIKE MUDARIS,

 2      having been first duly sworn, was examined and testified

 3      as follows:

 4

 5           THE VIDEOGRAPHER:  You may proceed.

 6

 7                      EXAMINATION

 8      BY MR. KRISTENSEN:

 9           Q   Would you please state and spell your name for

10      the record.                                          10:02

11           A   My name, Mike Mudaris.

12           Q   Is that your full legal name?

13           A   Yes, sir.
```



**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

**Mike Mudaris - 4/1/2022**



```
 1
 2
 3        Q    Are you friends with Tony Shawkat?
 4        A    I'm in the -- I'm in the Gentlemen's club
 5   business.  I know everybody.                              10:09
 6        Q    Yeah.
 7        A    I mean, I have a place, so I know some people,
 8   yeah.
 9        Q    You know Tony Shawkat?
10        A    Yeah, I know him.  I know the guy from La Vida. 10:09
11   I know a few people, you know.  I'm in the entertainment
12   business.
13
14
15                                                             10:10
16
17
18
19
20                                                             10:10
21
22
23
24
25                                                             10:10
```

Page 12

Mike Mudaris - 4/1/2022



```
 1
 2
 3
 4
 5                                                          10:11
 6
 7
 8
 9
10                                                          10:11
11
12      Q    How long have you been involved with Red Tie?
13      A    I think 2000 -- when we opened it, 2016 or '17.
14
15                                                          10:11
16
17
18
19
20                                                          10:12
21
22
23
24
25                                                          10:12
```

Mike Mudaris - 4/1/2022

1



2    BY MR. KRISTENSEN:

3        Q    How long of a time were you involved with the

4    Body Shop?

5                                                              10:13

6

7

8

9

10                                                             10:13

11

12

13

14

15                                                             10:13

16

17

18

19

20        THE WITNESS:   Maybe about ten years I was          10:14

21    involved.  I don't recall, but around, say, ten years.

22    BY MR. KRISTENSEN:

23        Q    So you were involved with Body Shop for

24    approximately ten years?

25        A    More like, yeah.                                10:14

Page 15

Mike Mudaris - 4/1/2022



```
 1
 2
 3
 4
 5                                                          10:17
 6
 7
 8
 9
10                                                          10:17
11
12        Q    Are you an owner?
13        A    I just -- I'm only owner, investor.
14        Q    Who are your co-owners?
15        A    The co-owner before?                         10:18
16        Q    No.  Who are your co-owners?  Do you own it
17   with anybody else?
18        A    No.  I'm just the only -- I'm the owner.
19        Q    So you are -- no one else has any shares or any
20   interest in Red Tie, L.L.C.?                           10:18
21        A    No.
22        Q    Is that correct?
23        A    Yeah, none.
24        Q    And has that been from the beginning?
25        A    Yes.                                         10:18
```

Page 18

**Mike Mudaris - 4/1/2022**



```
 1
 2
 3
 4        Q   Who hired Bob Simoni?
 5        A   I hired him.                                      10:18
 6        Q   Who opened the bank account with Comerica Bank?
 7        A   Bob did.  And then I went there and I signed so
 8    he could be on the account, because I'm the only -- I
 9    have the corporation in my name.
10        Q   So it was necessary that you signed off to open  10:19
11    up the bank account at Comerica, correct?
12        A   That's correct.
13
14
15                                                              10:19
16
17
18
19
20                                                              10:19
21
22
23
24
25                                                              10:19
```

Page 19

Mike Mudaris - 4/1/2022



10:21

10:21

10:21

10:22

24      Q    How do you communicate with Bob Simoni?

25      A    We talk on the phone.

10:22

Page 21

Mike Mudaris - 4/1/2022



1

2

3       Q   My question is:  Do you ever text with Bob

4   Simoni?

5       A   Just call me and then we talk on the phone.          10:22

6       Q   Do you ever text with any of the people who

7   work at any of your restaurants or clubs?

8       A   Call me and we talk on the phone.  I'm not good

9   with the reading or writing that much.

10                                                                10:23

11

12

13

14

15                                                               10:23

16

17

18

19

20                                                               10:23

21

22

23

24

25                                                               10:24

Page 22

**Mike Mudaris - 4/1/2022**

```
 1        Q   So it's correct that you were -- you yourself

 2   were involved in negotiating the lease for Red Tie,

 3   correct?

 4        A   That's correct.
```



```
                                                              10:24




 8        Q   And are you familiar with a cafe license in the

 9   City of Los Angeles?

10        A   Yes.                                             10:25

11        Q   Can you tell us what a cafe license is?

12        A   It's for adult entertainment, live show.

13        Q   And who do you obtain it with?

14        A   I'm sorry?

15        Q   Who do you obtain this license with?           10:25

16        A   With the police.

17        Q   Did Red Tie obtain one of these licenses?

18        A   Yes.
```

```
                                                              10:25




                                                              10:25
```

Page 23

**Mike Mudaris - 4/1/2022**



```
 1
 2
 3
 4
 5                                                        10:26
 6        Q    That's great.  But how do you know your general
 7   manager has paid that license?
 8        A    I hope he doesn't pay it.  I rather just walk
 9   away from the business.  I'm losing over there.
10                                                        10:27
11
12        Q    How do you know that you're losing over there?
13        A    Because my bookkeepers told me.
14
15                                                        10:27
16
17
18
19
20                                                        10:27
21
22
23
24
25                                                        10:27
```

Page 25

Mike Mudaris - 4/1/2022



1

2

3

4

5                                                                          10:39

6

7

8

9

10                                                                         10:40

11

12

13

14

15                                                                         10:40

16

17

18

19

20                                                                         10:40

21

22

23

24      Q    Who signed the lease with Spearmint Rhino?

25      A    I answered that question already.  Me.            10:41

Page 35

Mike Mudaris - 4/1/2022



```
 1
 2
 3
 4
 5    Q   Who came up with Red Tie?                    10:43
 6    A   Bob Simoni.
 7    Q   How did he come up with Red Tie?
 8    A   He have authority on -- his website was Red Tie
 9   way before.  You know, that's his dream to run a place
10   with -- named Red Tie.  I thought it was a good name.   10:43
11    Q   He told you about it and you thought it was a
12   good name and you went with it?
13    A   Yeah.  He have a website for it.  He's the
14   founder of Red Tie.
15                                                          10:43
16
17
18
19
20                                                          10:44
21
22
23
24
25                                                          10:44
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Mike Mudaris - 4/1/2022

```
1   ████████████████████████████████████████
2   ████████████████████████████████████████
3   ████████████████████████████████████████
4   ████████████████████████████████████████
5   ████████████████████████████████████████   10:46
6   ████████████████████████████████████████
```

7       Q   When did dancers start becoming employees at

8   Red Tie?

9       A   I really don't know these things that -- the

10  Supreme Court, they are finding they are not                10:47

11  contractors.  And that's -- but I don't know exactly how

12  long ago, sir.

13      Q   So after the California Supreme Court issued

14  its rule in dynamics, that is the -- that's when you

15  changed the dancers from being independent contractors     10:47

16  to employees; is that accurate?

17      A   Yeah.  Bob did that, yeah.

18      Q   Okay.  How were you aware of that?

19      A   Bob called me and he said that all the club,

20  they are changing and we need to change.                    10:47

21          So I say, "Go for it, you know.  Do everything

22  legal by the book.  We don't want to have any problem."

23      Q   Okay.  So you approved the change from dancers

24  being independent contractors to being hourly paid,

25  correct?                                                    10:48

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Mike Mudaris - 4/1/2022

1        A    Correct.  You have to follow the laws on this

2    thing.

3        Q    But you yourself approved it?  You yourself

4    went and made sure that the law was being followed,

5    right?                                                    10:48

6        A    Yes.

7        Q    And why weren't they considered employees

8    before that decision?

9        A    I have no idea.  All the clubs, they -- you

10   know, because the girls come and go when they want and   10:48

11   they have no schedule -- it's like -- same like Uber,

12   you know, they come.  They could work on their own time

13   and they leave.  They keep the money and they go.

14       Q    Well, the clubs have been around longer than

15   Uber, right?                                              10:48

16       A    Yeah.  So they have been doing it for all of

17   these years probably.

18       Q    And because they were doing it, you thought it

19   was okay, right?

20       A    That's correct.                                  10:48

21

22

23

24

25                                                             10:49

Page 40

Mike Mudaris - 4/1/2022

```
 1          Q   Hang on a minute.  Did you personally guarantee
 2     the lease with Spearmint Rhino?
 3          A   Yeah.  I wish I didn't.
 4          Q   And how much is the monthly rent on that lease?
 5          A   I think like close to 10,000.                    11:16
 6          Q   About $10,000 a month?
 7          A   Yeah, close to it.  To pay triple --
 8          Q   That's 120,000 a year, approximately, right?
 9          A   Yes.
10          Q   Over a 15-year period?                           11:17
11          A   No.  It's a five, you know, option so you could
12     exit out if you want --
13          Q   So it's a five, five, five lease?
14          A   Huh?
15          Q   So it's a five, five, five lease?               11:17
16          A   Correct.
17          Q   Why didn't you get out of it after the first
18     five years if it's as bad as you have testified?
19          A   Because Bob, you know, he's beg, "Please, give
20     me a chance.  I'm going to make it happen."              11:17
21              And with all this lawsuit and everything, I'm
22     just -- I'm done with the gentlemen's club business.
23     I'm done.
24     ████████████████████████████████████████████████████
25     ████████████████████████████████████████████████████   11:18
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com**

Mike Mudaris - 4/1/2022



```
 1

 2

 3

 4          My question for you is:  In 2021 was the club

 5    shut down for COVID?                                        11:19

 6        A    Yes, it was.

 7        Q    Yet you're saying you still renewed the lease

 8    for another five years even though it was losing money

 9    and you had COVID in 2021 and two lawsuits?

10        A    Because -- because when you have a place, you    11:20

11    always think you are going to make money and then you

12    run into this.  But now with your lawsuit --

13

14

15                                                               11:20

16

17

18

19

20                                                               11:20

21

22

23

24

25                                                               11:21
```

Page 63

Mike Mudaris - 4/1/2022

```
 1  ████████████████████████████████████████
 2  ████████████████████████████████████████
 3  ████████████████████████████████████████
 4  ████████████████████████████████████████
 5  ████████████████████████████████████████   11:38
 6  ████████████████████████████████████████
 7  ████████████████████████████████████████
 8       Q   Who has been providing the capital to keep the
 9  business running?
10       A   I mean, we are losing.  I provide some capital,  11:38
11  you know, during COVID and --
12       Q   How did you provide the capital?  How was
13  the -- let me be -- I'll just take that up.
14           Can you please describe how you -- the
15  structure of the capital that you provided to the club?  11:38
16       A   I wrote a check to account.
17       Q   To which -- which account?
18       A   I believe -- I don't remember exactly, but I
19  wrote it from either my personal.
20       Q   But which account of Red Tie did you send the  11:38
21  money to?
22       A   The same account.
23       Q   The one at Comerica?
24       A   Yeah.
25       Q   And when was that, approximately?             11:39
```

Page 65

**Mike Mudaris - 4/1/2022**

1          A    During COVID, you know.

2          Q    So the last two years?

3          A    Yeah.

4          Q    Okay.  So I have subpoenaed the records from

5     Comerica.  It's about to be produced.                    11:39

6               So will I see the check in those records from

7     the bank?

8          A    Yes.

9          Q    And how much was that check for, approximately?

10         A    I think all together maybe 40- or 50,000.  I    11:39

11    don't recall exactly.  But Bob called me and he's short,

12    so -- and then --

13         Q    Did you discuss with anybody the need for

14    infusing Red Tie with capital?

15         A    What is it?                                     11:40

16         Q    Did you discuss with anybody the need to

17    provide capital to Red Tie?

18         A    No.  Why should I?

19         Q    Have you discussed it with your accountant?

20         A    I did not discuss it with anybody.  He's short  11:40

21    to pay the rent.  I have to give him money to pay the

22    rent.

23    ███████████████████████████████████████████████

24    ███████████████████████████████████████████████

25    ███████████████████████████████████████████████      11:40

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

**Mike Mudaris - 4/1/2022**



```
 1
 2
 3
 4
 5                                                                    11:42
 6
 7
 8
 9
10                                                                    11:42
11
12      Q    How often do you go to Red Tie?
13      A    Sometimes once a month.  Sometimes six months I
14   don't go there.
15                                                                    11:42
16
17
18
19
20                                                                    11:43
21      Q    The question is not whether you go online, the
22   question is:  How often do you check the income stream
23   from Red Tie?
24      A    I mean, when I go there, sometimes he shows me
25   on the computer how much money in the account.  He knows    11:43
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

**Mike Mudaris - 4/1/2022**

1    how to open the computer.



2

3

4

5                                                                          11:43

6

7

8

9

10                                                                         11:44

11

12

13

14

15                                                                         11:44

16

17

18

19

20                                                                         11:44

21

22

23

24

25                                                                         11:45

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Mike Mudaris - 4/1/2022

```
 1          Q   All right.  Have you looked to sell Red Tie to
 2     anybody since you have owned it?
 3          A   Actually, I tried.
 4          Q   Okay.  How did you try to sell it?
 5          A   I tried and -- like through people.  Like they          11:46
 6     told me, "You're crazy.  Spearmint Rhino didn't make it.
 7     Why?  How stupid you are you took that location."
 8          Q   That's not -- my question for you is:  Who did
 9     you try to sell it to?
10          A   Whoever -- whoever I talk to.  Like, you know,          11:47
11     any owner or anything, you know.
12
13
14
15                                                                      11:47
16
17
18
19
20                                                                      11:47
21
22
23
24
25                                                                      11:47
```

Page 71

Mike Mudaris - 4/1/2022



```
1
2
3
4
5                                                              11:54
6        Q   How often do you talk with Bob Simoni about the
7   club?
8        A   How often?
9        Q   Yes.
10       A   I want to say maybe like sometime once a month,    11:55
11   sometimes two weeks, sometimes one week.  You know, it
12   all depends.  Sometimes --
13       Q   I just want to make sure it's correct that when
14   you decided to start making the dancers employees, Bob
15   came to you for -- to discuss that, correct?              11:55
16       A   That's correct.
17       Q   And you signed off on that, right?
18       A   Yeah.  I told him, "I want everything legal."
19       Q   Okay.
20       A   "Don't get me in trouble."                        11:55
21
22
23
24
25                                                              11:56
```

Page 77

Mike Mudaris - 4/1/2022



18      Q    That's not my -- my question is:  Did you look

19   at why it's losing money?  Did you look at the books?

20   Did you look how much things are being charged?  Did you

21   look at --

22      A    No.

23      Q    -- how much advertising is going out?  Have you

24   looked at any of that?

25      A    Honestly, I don't.

11:58

11:59

11:59

11:59

11:59

11:59

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Mike Mudaris - 4/1/2022

```
1        Q   Is there --

2        A   I mean, sometimes -- sometimes -- sometimes Bob

3    told me, you know, draw up a check to -- for somebody,

4    you know, that he meet me in Glendale, "Give me a

5    check," and I draw it up to somebody for advertisement.
```



12:00

12:00

12:00

12:00

12:00

Page 81

**Mike Mudaris - 4/1/2022**

```
1   [REDACTED]                                    

2                                                 

3                                                 

4                                                 

5                                                 12:05

6                                                 

7                                                 

8        Q   Who are the other managers that you are aware

9    of at Red Tie in the last three years besides Ingrid and

10   Bob Simoni?                                   12:06

11       A   That's the only one I deal with.

12   [REDACTED]

13

14

15                                                12:06

16

17       Q   Are you aware of attempts to settle a case with

18   any of my clients?

19       A   Bob does, but -- Bob does, I believe.

20       Q   How do you know Bob does that?         12:06

21       A   Because he settled with them and, you know.

22       Q   How do you know?

23       A   Sometimes -- sometimes he calls me and tell me,

24   "I'm settled with this girl."

25           So I said, "Please do it."            12:07
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Mike Mudaris - 4/1/2022

1        Q   So you instructed -- you said do it?

2        A   Yes, absolutely.

3

4

5                                                                    12:07

6

7

8

9

10       Q   Bob came to you and then you said do it,            12:07

11   settle?

12       A   Bob -- Bob, he bring the girl and he sit with

13   her.  He write her the check.

14           And he called me after and say, "I settled with

15   that girl for that much."                                     12:07

16           I said, "Good luck."  He did amazing job.

17

18

19

20                                                                   12:07

21

22

23

24

25                                                                   12:07



Page 86

Mike Mudaris - 4/1/2022

```
1    STATE OF CALIFORNIA    )
                            ) SS
2    COUNTY OF LOS ANGELES )

3

4

5            I hereby declare I am the deponent in the

6    within matter; that I have read the foregoing transcript

7    and know the contents thereof, and I declare that the

8    same is true of my knowledge except as to the matters

9    which are therein stated upon my information or belief,

10   and as to those matters, I believe it to be true.

11           I declare under the penalty of perjury that the

12   foregoing is true and correct.

13           Executed on the ____ day of _____, 2022

14   at _____, California.

15

16

17

18                     _____

19                          Signature of Witness

20

21

22

23

24

25
```

Ben Hyatt Certified Deposition Reporters
888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com

```
1                        REPORTER'S CERTIFICATE

2              I, LISA BLACK, CSR NO. 7977, do hereby
        Declare:
3
               That, prior to being examined, the witness
4       named in the foregoing deposition was by me duly sworn
        remotely pursuant to Section 30(f)(1) of the Federal
5       Rules of Civil Procedure, and the deposition is a true
        record of the testimony given by the witness.
6
             That said deposition was taken down by me in
7       shorthand at the time therein named and thereafter
        reduced to text under my direction.
8
        ____   That said witness was requested to review
9       the transcript and make any changes to the
        transcript as a result of that review pursuant to
10      Section 30(e) of the Federal Rules of Civil Procedure.

11      ____   No changes have been provided by the
        witness during the period allowed.
12
        ____   The changes made by the witness are
13      appended to the transcript.

14      _X__   No request was made that the transcript be
        Reviewed pursuant to Section 30(e) of the Federal Rules
15      of Civil Procedure.

16           I further declare that I have no interest in the
        Event of the action.
17
             I declare under penalty of perjury under the
18      Laws of the United States of America that the foregoing
        is true and correct.
19

20           WITNESS my hand this 15th day of April, 2022.

21

22           _____
                     (Reporter Name, CSR NO.)
23

24

25

                                                              89
```