# EXHIBIT 2

# *In The Matter Of:*

## *Samantha Shafer*
## *v.*
## *Red Tie, LLC*

_____

## *Bob Simoni VOL I*

## *July 8, 2021*

_____



17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022  F 818.343.7119
www.benhyatt.com

BH CDR Job # **1131124**
number of pages 111

```
                THE UNITED STATES DISTRICT COURT

         CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION


   SAMANTHA SHAFER, an        )
   individual; IDA HURLEY, an )
   individual; AEJA HURT, an  )
   individual; and ALEXIS     )
   JACKSON, an individual,    )
            Plaintiffs,       )
       vs.                    ) No. 2:20-cv-5726-ODW-PVC
   RED TIE, LLC DBA RED TIE   ) VOLUME I
   GENTLEMEN'S CLUB; MIKE     )
   MUDARIS, an individual;    )
   INGRID GOULDING, an        )
   individual; and BOB SIMONI,)
   an individual,             )
            Defendants.       )
   ---------------------------

   DEPOSITION OF BOB SIMONI, taken on behalf of the
   Plaintiffs via Zoom conference commencing at 10:08
   A.M., Thursday, July 8, 2021, before Shelly B.
   Storey, CSR No. 3932, pursuant to Third Amended
   Notice.

   Reported by:
       Shelly B. Storey,
       CSR No. 3932
```

```
 1   APPEARANCES OF COUNSEL:
 2       FOR THE PLAINTIFFS:
 3           KRISTENSEN LLP
 4           BY:  JESENIA MARTINEZ, ESQ.
 5           12540 Beatrice Street
 6           Suite 200
 7           Los Angeles, California  90066
 8           (310) 507-7924
 9           E-mail: jesenia@kristensenlaw.com
10       FOR ALL DEFENDANTS:
11           GUTIERREZ, PRECIADO & HOUSE, LLP
12           BY: CALVIN R. HOUSE, ESQ.
13               DENNIS GUTIERREZ, ESQ.
14           3020 East Colorado Boulevard
15           Pasadena, California  91107
16           (626) 449-2300
17           E-mail: calvin.house@gphlawyers.com
18           E-mail: dennis.gutierrez@gphlawyers.com
19       ARMENIAN INTERPRETER:
20           ADEPT INTERPRETING
21           BY:  MAGDALINA AVETISYAN
22           Certificate No. 301269
23       THE VIDEOGRAPHER:
24           MADISON BUTKO
25
```

Page 2

```
 1                THURSDAY, JULY 8, 2021, 10:08 A.M.
 2                           * * *
 3        THE VIDEOGRAPHER:  Good morning.  We are on the
 4   video record at 10:08 A.M.  My name is Madison Butko
 5   from Ben Hyatt Certified Deposition Reporters.                 10:08
 6           This is a matter pending before the United
 7   States District Court, Central District of
 8   California, Western Division, in the case captioned
 9   Samantha Shafer v Red Tile (sic), LLC, the case
10   number 2:20-cv-5726-ODW-PVC.                                   10:09
11           This is the beginning of file No. 1 in the
12   deposition of Bob Simoni on July 8, 2021, and all
13   parties are appearing remotely via Zoom.
14           Counsel, will you please take a moment to
15   identify yourself for the record.                              10:09
16        MS. MARTINEZ:  Good morning.  My name is Jesenia
17   Martinez with Kristensen LLP, counsel for plaintiffs.
18        MR. HOUSE:  This is Calvin House.  I'm the
19   counsel for the defendants.
20        THE VIDEOGRAPHER:  Will the court reporter                10:09
21   please swear in the interpreter and the witness.
22
23                    MAGDALINA AVETISYAN,
24      the interpreter, was sworn to translate English
25      into Armenian and Armenian into English to the
```

Bob Simoni - 7/8/2021

```
 1      best of her ability in the following deposition:
 2
 3                    BOB SIMONI,
 4      having been first administered the oath,
 5      was examined and testified through the
 6      interpreter as follows:
 7
 8                    EXAMINATION
```



10:10
10:11
10:11
10:11

Page 4

```
 1
 2
 3
 4
 5                                                              10:46
 6
 7
 8
 9
10                                                              10:47
11
12      Q    Do you know who signed your check, your
13   paycheck?
14      A    Only Mike and --
15           (Reporter clarification.)                          10:48
16           Only Mike and myself who could sign checks.
17
18
19
20                                                              10:48
21
22
23
24      Q    Do you know who the members are of Red Tie
25   LLC?                                                       10:49
```

Ben Hyatt Certified Deposition Reporters
888.272.0022    818.343.7040    Fax 818.343.7119    www.benhyatt.com

1  A    Just one member.  Mike Mudaris.



10:49

10:50

10:50

10:51

10:52

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

```
 1                                                          
 2                                                          
 3                                                          
 4                                                          
 5                                                          10:57
 6                                                          
 7                                                          
 8                                                          
 9                                                          
10                                                          10:58
11      Q    Did you ever exchange text messages with
12  Mike Mudaris regarding Red Tie?
13      A    No, only through phone calls.
14                                                          
15                                                          10:59
16                                                          
17                                                          
18                                                          
19                                                          
20                                                          10:59
21                                                          
22                                                          
23                                                          
24                                                          
25                                                          11:00
```

Page 23

```
 1   STATE OF CALIFORNIA    )
                            )
 2   COUNTY OF              )

 3

 4         I, _____,

 5   a Certified Interpreter in and for the State of

 6   California, do hereby certify that I have read and

 7   translated this deposition, VOLUME I, to the

 8   deponent, BOB SIMONI, to the best of my ability.

 9         I so state under penalty of perjury under

10   the laws of the State of California.

11

12                  Executed at _____,

13   this _____ day of _____, 20  .

14

15

16                            INTERPRETER

17

18

19

20

21

22

23

24

25
```

Page 107

```
STATE OF _____)
                       ) ss.
COUNTY OF _____)
```

I, the undersigned, say that I have read the foregoing deposition, VOLUME I, and I declare under penalty of perjury that the foregoing is a true and correct transcript of my testimony contained therein.

Dated this __27__ day of __July__, 20__21__.

_____
BOB SIMONI

```
 1                    REPORTER'S CERTIFICATE

 2        I, SHELLY B. STOREY, CSR No. 3932, a Certified

 3   Shorthand Reporter in and for the State of

 4   California, do hereby certify that the foregoing

 5   deposition of BOB SIMONI, VOLUME I, was taken before

 6   me at the time and place therein set forth at which

 7   time the witness was put under oath by me;

 8        That the testimony of the witness and all

 9   objections made at the time of the examination were

10   recorded stenographically by me and were thereafter

11   transcribed by way of computer-aided transcription

12   and is a full, complete and true record of said

13   proceedings;

14        The dismantling, unsealing or unbinding of the

15   original transcript will render the reporter's

16   certificate null and void;

17        I certify that a request has been made by,

18   or on behalf of, the witness to review;

19        I further certify that I am neither counsel for

20   nor related to any party to said action nor in any

21   way interested in the outcome thereof.

22        IN WITNESS WHEREOF, I have hereunto

23   subscribed my name this 14th day of July, 2016.

24

25             Shelly B. Storey, CSR No. 3932
```

```
 1                        I N D E X

 2                         VOLUME I

 3

 4   THURSDAY, JULY 8, 2021

 5   WITNESS:                                  EXAMINATION

 6   BOB SIMONI - VOLUME I

 7               (By Ms. Martinez)                  4

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    PLAINTIFFS' EXHIBITS
 2                         BOB SIMONI
 3
 4    NO.   DESCRIPTION                              IDENTIFIED
 5    1     Third Amended Notice of Deposition           26
 6          of Bob Simoni
 7    2     Red Tie Dance Prices                         49
 8    3     Copy of Samantha Citlally Shafer's           74
 9          Social Security card and application
10          for passport
11    4     Red Tie Employee Book                        77
12    5     Copy of check No. 2693, Red Tie INC.         81
13          to Samantha Shafer, $6250.60
14    6     Copy of check No. 2657, Red Tie INC.         83
15          to Aeja Hurt, $3,000
16    7     Agreement 8-25-20 signed by Samantha         87
17          Shafer
18    8     Agreement 4-9-2021 signed by Hurt            91
19
20
21
22
23
24
25
```