# EXHIBIT 3

# *In The Matter Of:*

### *Samantha Shafer*
### *v.*
### *Red Tie, LLC*

———————————

### *Dawn Brown VOL I*

### *March 23, 2022*

———————————



17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

BH CDR Job # **1139607**
number of pages 129

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

---oOo---

SAMANTHA SHAFER, an individual;     )
IDA HURLEY, an individual; AEJA     )
HURT, an individual; and ALEXIS     )
JACKSON, an individual,             )
                                     No. 2:20-cv-5726-
     Plaintiffs,                     ODW-PVC
                                    )
vs.                                 )
                                    )
RED TIE, LLC DBA RED TIE            )
GENTLEMEN'S CLUB; MIKE MUDARIS,     )
an individual; INGRID GOULDING,     )
an individual; and BOB SIMONI, an   )
individual,                         )
                                    )
     Defendants.                    )
                                    )


VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF DAWN BROWN


Taken before YVONNE WHITEFIELD, CSR


California Certificate No. 5556


March 23, 2022

Dawn Brown - 3/23/2022

1     VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF DAWN BROWN

2

3

4         BE IT REMEMBERED, that pursuant to Notice, and on

5   March 23, 2022, commencing at 1:07 p.m., YVONNE L.

6   WHITEFIELD, a Certified Shorthand Reporter, States of

7   California and Arizona, remotely swore in DAWN BROWN, who

8   appeared in Van Nuys, California, produced as a witness in

9   said action, and being by me first duly sworn, was

10  thereupon examined as a witness in said cause.

11                          ---oOo---

12  COUNSEL APPEARING REMOTELY:

13  For the Plaintiffs:

14        CARPENTER & ZUCKERMAN
          By: JESENIA A. MARTINEZ, ESQ.
15        8827 West Olympic Boulevard
          Beverly Hills, California 90211
16        (310)273-1230
          jmartinez@cz.law
17
    For the Defendants:
18
          GUTIERREZ, PRECIADO & HOUSE, LLP
19        By: DENNIS D. GUTIERREZ, ESQ.
          3020 E. Colorado Boulevard
20        Pasadena, California 91107
          (805)966-7000
21        dennis.gutierrez@gphlawyers.com

22  Also present: Marcus Majers, videographer

23

24

25

Page 2

Dawn Brown - 3/23/2022

```
 1                        PROCEEDINGS

 2

 3

 4

 5          THE VIDEOGRAPHER:  Good afternoon.  We are on the     01:07

 6   video record at 1:07 p.m., on March 23rd, 2022, for the

 7   videotaped deposition of Dawn Brown.

 8          We are taking this deposition remotely via Zoom

 9   in the matter of Samantha Shafer, et al, versus Red Tie,

10   LLC, d/b/a Red Tie Gentleman's Club, et al,                 01:07

11   Case No. 2:20-CV-5726-ODW-PVC.

12          This is Media File No. 1.  I am Marcus Majers,

13   the videographer, from Ben Hyatt Certified Deposition

14   Reporters located in Encino, California.

15          Will all counsel present please identify           01:08

16   themselves for the record?

17          MS. MARTINEZ:  Good afternoon.  This is

18   Jesenia Martinez of Carpenter & Zuckerman, Counsel for

19   Plaintiffs.

20          MR. GUTIERREZ:  This is Dennis Gutierrez, Defense   01:08

21   Counsel for Red Tie, LLC and defending the deposition of

22   deponent, Dawn Brown.

23          THE VIDEOGRAPHER:  Thank you.

24          Will the court reporter please swear in the

25   witness?                                                   01:08
```

Page 3

Dawn Brown - 3/23/2022

```
 1                      DAWN BROWN,

 2    having been first duly sworn by the Certified Court

 3    Reporter to tell the truth, the whole truth, and nothing

 4    but the truth, testified as follows:

 5

 6                      EXAMINATION
```



```
 7
 8
 9
10                                                    01:08
11
12
13
14
15                                                    01:09
16
17
18
19
20                                                    01:09
21
22
23
24
25                                                    01:09
```

Page 4

Dawn Brown - 3/23/2022



1

2

3

4

5                                                                                    03:01

6

7

8

9

10                                                                                   03:01

11

12

13

14      Q.   Does Ingrid use the management office?

15      A.   Yes.                                                                     03:02

16

17

18

19

20                                                                                   03:02

21

22

23

24

25                                                                                   03:02

Page 71

Dawn Brown - 3/23/2022



| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | 04:08 |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | 04:08 |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | 04:08 |
| 16 | | |
| 17 | | |
| 18 | Q.   Do you know who Mike Mudaris is? | |
| 19 | A.   I do. | |
| 20 | Q.   Who is Mike Mudaris? | 04:08 |
| 21 | A.   He is a club owner. | |
| 22 | Q.   And when you say "club owner," do you mean he | |
| 23 | owned Red Tie? | |
| 24 | A.   I believe he owns Red Tie, yeah. | |
| 25 | | 04:09 |

Page 113

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

```
 1                    PENALTY OF PERJURY CERTIFICATE

 2

 3         I hereby certify under penalty of perjury that I

 4   have read the foregoing transcript.  Corrections, if any,

 5   were noted by me, and the same is now a true and correct

 6   transcript of my testimony.

 7

 8         Executed on this _____ day of _____,

 9   2022, at _____.

10

11

12

13              _____

14              DAWN BROWN

15

16

17

18

19

20

21

22

23

24

25
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

**Dawn Brown - 3/23/2022**

```
 1                      REPORTER'S CERTIFICATE

 2

 3          I, Yvonne Whitefield, CSR No. 5556, do hereby

 4    declare:

 5          That, prior to being examined, the witness named
      in the foregoing deposition was by me duly sworn remotely
 6    pursuant to Section 30(f)(1) of the Federal Rules of Civil
      Procedure, and the deposition is a true record of the
 7    testimony given by the witness.

 8          That said deposition was taken down by me in
      shorthand at the time therein named and thereafter reduced
 9    to text under my direction.

10

          ____ That said witness was requested to review
11             the transcript and make any changes to the
               transcript as a result of that review
12             pursuant to Section 30(e) of the Federal
               Rules of Civil Procedure.
13

          ____ No changes have been provided by the witness
14             during the period allowed.

15        ____ The changes made by the witness are appended
               to the transcript.
16

          _X_ No request was made that the transcript be
17            reviewed pursuant to Section 30(e) of the
              Federal Rules of Civil Procedure.
18

19          I further declare that I have no interest in the
      event of the action.
20
            I declare under penalty of perjury under the
21    laws of the United States of America that the foregoing is
      true and correct.
22
            WITNESS my hand this 7th day of April, 2022.
23

24
                        YVONNE WHITEFIELD, CSR 5556
25
```

Page 128

Dawn Brown - 3/23/2022

```
 1                     I N D E X

 2   WITNESS                                   PAGE

 3   DAWN BROWN

 4   EXAMINATION BY MS. MARTINEZ                 4

 5

 6

 7

 8

 9
                       E X H I B I T S
10   Deposition
     Exhibits         Description            Marked
11

12   Exhibit 1      Xeroxed document, 1 page     32

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com