# EXHIBIT 4

# In The Matter Of:

*Samantha Shafer*
*v.*
*Red Tie, LLC*

---

*Ingrid Goulding VOL*

*July 1, 2021*

---



BENHYATT
Certified Deposition Reporters

17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022  F 818.343.7119
www.benhyatt.com

BH CDR Job # **1130128**
number of pages 151

```
                    UNITED STATES DISTRICT COURT

          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION


         _____
         SAMANTHA SHAFER, an individual;     )
         IDA HURLEY, an individual; AEJA     )
         HURT, an individual; and ALEXIS     )
         JACKSON, an individual,             )
                                             )
                        Plaintiffs,          ) Case No.
                                             ) 2:20-CV-
                          -vs-               ) 5726-ODW-
                                             ) PVC
         RED TIE, LLC DBA RED TIE            )
         GENTLEMEN'S CLUB; MIKE MUDARIS, an  )
         individual; INGRID GOULDING, an     )
         individual; and BOB SIMONI, an      )
         individual,                         )
                                             )
                        Defendants.          )
         _____)



          VIDEO-RECORDED DEPOSITION OF INGRID GOULDING

                    THURSDAY, JULY 1, 2021

                         10:01 A.M.

                  VIA REMOTE VIDEOCONFERENCE




    STENOGRAPHICALLY REPORTED REMOTELY BY:

    DEBERA ANNE DORAN, CSR NO. 7821
```

```
 1   APPEARANCES:

 2   (All parties appeared via videoconference)

 3   For Plaintiffs:

 4              KRISTENSEN LLP
                ALEJANDRO MARIN, ESQ.
 5              12540 Beatrice Street, Suite 200
                Los Angeles, California  90066
 6              310-507-7924
                alejandro@kristensenlaw.com
 7

 8

 9   For Defendants:

10              GUTIERREZ PRECIADO & HOUSE, LLP
                CALVIN R. HOUSE, ESQ.
11              3020 East Colorado Boulevard
                Pasadena, California  91107
12              626-449-2300
                calvin.house@gphlawyers.com
13

14

15   Also Present:

16              Frank Quirarte, Videographer
                Dennis Gutierrez, associate of Mr. House
17

18

19

20

21

22

23

24

25
```

Page 2

```
 1                         I N D E X

 2    WITNESS:  INGRID GOULDING

 3    EXAMINATION                                         PAGE

 4    By Mr. Marin ....................................... 5

 5

 6

 7                          EXHIBITS

 8    EXHIBIT      DESCRIPTION                            PAGE

 9    Exhibit 1    Notice of Taking Deposition ........... 14

10    Exhibit 2    Fee schedule .......................... 80

11    Exhibit 3    Sign-in sheet ......................... 96

12    Exhibit 4    Time Sheet ............................ 108

13    Exhibit 5    Hours worked .......................... 110

14    Exhibit 6    DJ names .............................. 116

15    Exhibit 7    Amended Responses ..................... 123
```

```
1                VIA REMOTE VIDEOCONFERENCE

2                   THURSDAY, JULY 1, 2021

3

4              VIDEOGRAPHER:  Good morning.  The time is

5      10:01 a.m. on July 1, 2021.  We are recording this

6      deposition remotely over Zoom in the action entitled

7      Samantha Shafer, et al. vs. Red Tie, LLC, et al.

8   It's case number 2:20-cv-5726.  My name is Frank                10:01

9      Quirate.  I'm your legal video specialist today from

10     Ben Hyatt Certified Deposition Reporters located in

11     Encino, California.

12              At this time, will counsel and all

13     present please identify yourselves for the record.

14              MR. MARIN:  This is Alejandro Marin with

15     Kristensen, LLP on behalf of plaintiffs.

16              MR. HOUSE:  This is Calvin House at

17     Gutierrez, Preciado & House.  I'm representing the

18     witness and appearing for the defendants.              10:02

19              VIDEOGRAPHER:  Madam Court Reporter, will

20     you please swear in the witness.

21

22                     INGRID GOULDING,

23     having been duly administered an oath in accordance

24        with Code of Civil Procedure Section 2094, was

25            examined and testified as follows:
```

Page 4



```
 1
 2
 3
 4
 5
 6                                                                    10:29
 7
 8
 9
10
11                                                                    10:30
12
13
14        Q    Have you ever texted Mike Mudaris?
15        A    Yes, I have.
16        Q    When have you texted him?
17        A    I've texted him to call me regarding the
18   club.
19        Q    What specifically about the club?
20        A    Usually, when I need singles for the
21   club, or I need to ask him if he -- if they're having   10:30
22   a meeting.
23        Q    How consistently would you text Mike
24   Mudaris?
25        A    Maybe every couple months.                    10:31
```

Page 25

```
 1
 2
 3
 4
 5
 6
 7                                                              01:38
 8       Q    Have you ever been tipped by dancers
 9  while working?
10       A    Yeah.
11       Q    How often --
12       A    Yeah.  I'm sorry, what's that?
13       Q    How often are you tipped?
14       A    Most likely every night, but maybe I go
15  home with 50, $60 at the most.
16       Q    And that's 50, $60 in tips from dancers?   01:38
17       A    Yes.
18
19
20
21
22
23
24
25
```

Page 132

```
 1                                                              01:39
 2
 3
 4
 5
 6
 7
 8
 9
10                                                              01:39
11        Q    Okay.  And you are involved in the
12   audition process for new dancers.  Correct?
13        A    Yes.
14        Q    Do you have the authority to hire
15   dancers?
16        A    I have the authority to give them an
17   application.
18
19
20
21
22        Q    But which individual is the one who okays
23   a dancer?                                                  01:40
24        A    Probably I hire them.  He doesn't really
25   talk to them.
```

Page 133

```
1        Q    So you decide if a dancer is good enough
2   to dance at Red Tie?
3        A    Yes.
```



```
14       Q    Do the managers have the authority to
15  veto a girl's dance song?
16       A    Sometimes.  They give me their dance
17  music.
18       Q    I'm asking if you have the power to say
19  no to a song that a dancer wants to play.
20       A    Yes.
21       Q    Yes, you do?
22       A    Yes.
```

01:40

01:41

Page 134



```
17      Q    So besides asking the dancers themselves
18  and besides managers and bartenders observing, how
19  does the club keep track of the number of lap dances
20  performed by a dancer in a given night?
21      A    They write them down.
22      Q    When you say "they," do you mean --
23      A    I saw -- me or the bartender or whoever
24  is on the floor, they'll write them down.  But the
25  money -- and put it in an envelope.
```

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

```
 1        Q    You write down the number of dances in --
 2   on a piece of paper?
 3        A    Yes.
 4        Q    And then is that piece of paper put in
 5   the envelope with the money?
 6        A    Yes.
 7        Q    And then does somebody count the dances
 8   marked on the piece of paper to calculate how much a     01:45
 9   dancer is owed for lap dances that night?
10        A    Yes.
11        Q    Who does that calculation?
12        A    Either me or the bartender --
13   █████████████████████████████████████████████████████
14   █████████████████████████████████████████████████████
15   █████████████████████████████████████████████████████
16        Q    Have you personally gone through the
17   written notes of how much a dancer has danced for a
18   night that -- and calculated how much --
19        A    No, I don't -- I don't calculate it.
20   Yes, I have calculated it.  I'm sorry.  I'm getting     01:45
21   tired.
22   █████████████████████████████████████████████████████
23   █████████████████████████████████████████████████████
24        Q    And then after you calculate it, you --
25   do you separate the money that a dancer is owed?
```

Page 137

```
 1      A    Yes.
 2      Q    And then do you give the dancer that
 3  money?
 4      A    Yes.
 5      Q    Is it in cash?
 6      A    Yes.
```



01:46

01:46

Page 138

```
 1  [REDACTED]
 2
 3
 4
 5
 6       Q    Do you -- does Red Tie tell its dancers        01:47
 7  when they begin dancing at the club that they have a
 8  right to double-check a manager's math on how many
 9  dances they performed?
10       A    I don't know if anybody says that to
11  them.  They just -- I've told them that they can
12  check -- when they're on my shift, just ask me
13  anything you need to know and I'll give it to you.
14  That's what I do on my shift.  I don't know what
15  other people do -- what Bob does on his shift or
16  anybody else for any other shift.
17       Q    Do you tell every dancer on your shift         01:47
18  that they have a right to double-check your math?
19       A    Yeah.  I don't tell them every day.  But
20  I've told them if they have any questions or
21  discrepancies, always come and ask me, and I will
22  more than happily try to solve your problem.  And you
23  can check it -- yes, they know they can check it.
24  It's presented in front of them.
25  [REDACTED]
```

Page 139

```
 1      ████████████████████
 2           Q    Okay.  Is there a meeting for new dancers
 3      when they start working?
 4           A    When they come in and fill out the
 5      application, I usually discuss it and ask them if            01:49
 6      they have any questions.
 7      
 8      
 9      
10      
11      
12      
13      
14      
15                                                                   01:50
16      
17      
18                                                                   01:50
19      
20      
21      
22      
23      
24      
25      
```



Page 141

```
 1  [REDACTED]
 2
 3
 4
 5
 6
 7
 8
 9                                                          01:56
10
11
12
13
14         Do you have the power to fire dancers?
15    A    I have dismissed dancers before.
16    Q    So you do have the power to fire dancers?        01:56
17    A    Yes.
18  [REDACTED]
19
20    Q    Does Mike have the power to fire dancers?
21    A    He probably has power, but he doesn't
22  come in the club.
23    Q    If Mike Mudaris wanted to fire a dancer,
24  could he do so?
25    A    I believe so.  [REDACTED]                        01:57
```

Page 146

```
 1      ████████████████

 2           Q    Is Red Tie Mike Mudaris's club?

 3           A    That's -- yes.

 4           Q    Does he have final say on what happens in
 5      his club?

 6           A    I believe so, yes.                              01:57

 7           Q    Can dancers be suspended for violating
 8      the club's rules?

 9           A    Yes.

10           Q    Have you ever suspended a dancer for
11      breaking club rules?

12           A    Yes.
```

[lines 13–25 redacted]                                             01:58

Page 147

```
 1
 2                                                              01:59
 3
 4
 5
 6        Q    Would you have had the power to suspend
 7   her before you had switched to calling them
 8   employees?
 9        A    Yes.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 148

1       DECLARATION

2

3       I hereby declare I am the deponent in the
4  within matter; that I have read the foregoing
5  deposition and know the contents thereof, and I
6  declare that the same is true of my knowledge except
7  as to the matters which are therein stated upon my
8  information or belief, and as to those matters, I
9  believe it to be true; and that I have made any
10 corrections as noted herein, in ink, initialed by me,
11 or attached hereto.
12       I declare under the penalties of perjury of
13 the State of California that the foregoing is true
14 and correct.
15       Executed on the _____ day of _____,
16 2021 at _____, California.
17
18
19
20              _____
21              INGRID GOULDING
22
23
24
25

Page 150

1          REPORTER'S CERTIFICATE

2          I, Debera Anne Doran, a Certified Shorthand

3  Reporter, No. 7821 for the State of California, do

4  hereby certify:  That prior to being examined, the

5  witness in the foregoing deposition, INGRID GOULDING,

6  was duly sworn to testify the truth, the whole truth,

7  and nothing but the truth; that said deposition was

8  taken down by me remotely in stenographic shorthand

9  to the best of my ability at the time therein named

10 and thereafter transcribed into typewritten form

11 under my direction and supervision; and that the same

12 is a true, correct, and complete transcript of said

13 deposition.  Before completion of the deposition,

14 review of the transcript [ ] was [x] was not

15 requested.  If requested, any changes made by the

16 deponent (and provided to the reporter) during the

17 period allowed, are appended hereto.

18          I further certify that I am not interested in

19 the outcome of the action.  In witness whereof, I

20 have hereunto subscribed my name.

21 Dated:  7/11/21

22

23

24 _____

25          Debera Anne Doran, CSR No. 7821