# EXHIBIT 5

# In The Matter Of:

### Samantha Shafer
### v.
### Red Tie, LLC

_____

### Ingrid Goulding VOL I

### December 29, 2020

_____



17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022  F 818.343.7119
www.benhyatt.com

BH CDR Job # **1124164**
number of pages 81

```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                          WESTERN DIVISION

                             --oOo--
```

_____
SAMANTHA SHAFER, an       )
individual; IDA HURLEY, an )
individual; AEJA HURT, an )
individual,               )
                          )
          Plaintiffs,     )
                          )
     vs.                  ) No. 2:20-cv-5726-ODW(PVCx)
                          )
RED TIE, LLC dba RED TIE  )
GENTLEMEN'S CLUB; MIKE    )
MUDARIS, an individual; DOE)
MANAGERS 1-3; and DOES    )
4-10, inclusive,          )
                          )
          Defendants.     )
                          )

Videotaped deposition of INGRID GOULDING, commencing at

10:13 a.m., Tuesday, December 29, 2020, before Jolyne R.

Simler, CSR No. 10902.  All parties appeared remotely via

Zoom videoconferencing.


Pages 1 - 81

```
 1   APPEARANCES OF COUNSEL:

 2
     For the Plaintiffs:
 3
         KRISTENSEN LLP
 4       12540 Beatrice Street, Suite 200
         Los Angeles, California 90066
 5       By:  JOHN KRISTENSEN, ATTORNEY AT LAW
         310.507.7924
 6       John@kristensenlaw.com

 7
     For the Defendants:
 8
         SHAPERO & SHAPERO
 9       5950 Canoga Avenue, Suite 235
         Woodland Hills, California 91367
10       By:  STEVEN SHAPERO, ATTORNEY AT LAW
         818.710.1200
11       Sshapero@shaperoandshapero.com

12
     Also Present:  Jordan Barbosa, Videographer
13                  Jessenia Martinez, Legal Assistant

14

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | INGRID GOULDING, | |
| 2 | having been first duly sworn, testified as follows: | |
| 3 | --oOo-- | |
| 4 | THE VIDEOGRAPHER: Good morning. We are now on | 10:12:16 |
| 5 | the record. The time is 10:13 a.m., on December 29th, | 10:13:17 |
| 6 | 2020. This begins the videotaped deposition of Ingrid | 10:13:24 |
| 7 | Goulding, representing Red Tie, LLC, in the matter of | 10:13:27 |
| 8 | Hurley, et al., versus Red Tie, LLC. This is filed in | 10:13:34 |
| 9 | the United States District Court, Central District of | 10:13:40 |
| 10 | California, Western Division, case number which is | 10:13:44 |
| 11 | 2:20-cv-5726-ODW(PVCx). | 10:13:47 |
| 12 | My name is Jordan Barbosa. I am your remote | 10:14:02 |
| 13 | videographer today. The court reporter is Jolyne Simler. | 10:14:09 |
| 14 | We are representing Ben Hyatt Certified Deposition | 10:14:14 |
| 15 | Reporters. | 10:14:17 |
| 16 | As a courtesy, will everyone who's not speaking | 10:14:18 |
| 17 | please mute your audio, and please remember to unmute | 10:14:21 |
| 18 | your audio when you are ready to speak. | 10:14:24 |
| 19 | Counsel, will you please state your name and whom | 10:14:27 |
| 20 | you represent. Afterwards, the court reporter will swear | 10:14:29 |
| 21 | in the witness. | 10:14:32 |
| 22 | MR. KRISTENSEN: This is John Kristensen of | 10:14:34 |
| 23 | Kristensen LLP for the plaintiffs. | 10:14:36 |
| 24 | MS. MARTINEZ: Jessenia Martinez with Kristensen | 10:14:42 |
| 25 | LLP for the plaintiffs. | 10:14:42 |

Page 3

|  |  |  |
|---|---|---|
| 1 |  | 10:27:41 |
| 2 |  | 10:27:44 |
| 3 |  | 10:27:48 |
| 4 |  | 10:27:51 |
| 5 | Q.      Okay.  What did you speak with Mike Mudaris about | 10:27:54 |
| 6 | regarding ownership? | 10:27:57 |
| 7 | A.      What did I speak?  I -- I didn't say I speak.  I | 10:27:59 |
| 8 | said I know Mike Mudaris -- I've spoken to him before | 10:28:03 |
| 9 | about the club.  And I've always gone over there for -- | 10:28:07 |
| 10 | to -- that's why I went over there to work. | 10:28:10 |
| 11 |  | 10:28:18 |
| 12 |  | 10:28:20 |
| 13 |  | 10:28:25 |
| 14 |  | 10:28:27 |
| 15 |  | 10:28:31 |
| 16 |  | 10:28:34 |
| 17 |  | 10:28:40 |
| 18 |  | 10:28:49 |
| 19 |  | 10:28:54 |
| 20 |  | 10:28:58 |
| 21 |  | 10:28:59 |
| 22 |  | 10:29:04 |
| 23 |  | 10:29:12 |
| 24 |  | 10:29:30 |
| 25 |  | 10:29:35 |

```
 1         I declare under penalty of perjury under the laws
 2   of the State of California that the foregoing is true and
 3   correct.
 4         Executed on _____, 2021, at
 5   _____, California.
 6
 7                              _____
                                INGRID GOULDING
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 79

```
 1           CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
 2           I, Jolyne R. Simler, a Certified Shorthand
 3   Reporter, licensed by the State of California, the
 4   officer before whom the foregoing deposition of INGRID
 5   GOULDING was taken, do hereby certify that the foregoing
 6   transcript is a true and correct record of the testimony
 7   given; that said testimony was taken by me
 8   stenographically and thereafter reduced to typewriting
 9   under my direction; that reading and signing was not
10   requested; and that I am neither counsel for, related to,
11   nor employed by any of the parties to this case and have
12   no interest, financial or otherwise, in its outcome.
13           IN WITNESS WHEREOF, I have hereunto subscribed my
14   signature on this 6th day of January, 2021.
15
16
17
18
19
20                           _____
21                           JOLYNE R. SIMLER
                             Certified Shorthand Reporter
22                           California License #10902
23
24
25
```

Page 80

```
                       I N D E X

   Examination by:                                    Page

         Mr. Kristensen                                  4


                        --oOo--



                      E X H I B I T S

Plaintiffs'
Exhibit            Description                        Page

EXHIBIT 1    Plaintiff's Second Amended Notice           9
             of Deposition of Defendant Red
             Tie LLC dba Red Tie Gentlemen's
             Club; Request for Production of
             Documents; 21 pages.

EXHIBIT 2    Red Tie Dance Prices; 1 page.              37

EXHIBIT 3    Samantha Shafer agreement;                 44
             2 pages.

EXHIBIT 4    Defendant Red Tie, LLC dba Red             50
             Tie Gentlemen's Club Response
             to Plaintiff's Ida Hurley and
             Aeja Hurt's Interrogatories, Set
             One; 7 pages.

EXHIBIT 5    Photocopy of check 2693; 1 page.           56

EXHIBIT 6    Settlement Agreement and Mutual            66
             Release of Claims; 3 pages.


                        --oOo--
```