1  John P. Kristensen (SBN 224132)
2  Jesenia A. Martinez (SBN 316969)
3  **CARPENTER & ZUCKERMAN**
   8827 W. Olympic Boulevard
4  Beverly Hills, California 90211
   Telephone: (310) 273-1230
5  Facsimile: (310) 858-1063
6  *kristensen@cz.law*
   *jmartinez@cz.law*
7
8  **Attorneys for Plaintiffs**

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12  SAMANTHA SHAFER, an            ) Case No.: 2:20-cv-5726-ODW-PVC
    individual; IDA HURLEY, an     )
13  individual; AEJA HURT, an      ) __COLLECTIVE ACTION__
    individual; and ALEXIS JACKSON,)
14  an individual,                 ) **Assigned to Hon. Otis D. Wright II**
15                                 )
                                   ) **DECLARATION OF JOHN P.**
16              Plaintiffs,        ) **KRISTENSEN IN SUPPORT OF**
                                   ) **PLAINTIFFS' UNOPPOSED**
17       vs.                       ) **MOTION FOR APPROVAL OF**
                                   ) **FLSA SETTLEMENT**
18  RED TIE, LLC DBA RED TIE       )
    GENTLEMEN'S CLUB; MIKE         ) __Hearing__
19  MUDARIS, an individual; INGRID ) **Date:**    September 12, 2022
    GOULDING, an individual; and BOB) **Time:**    1:30 p.m.
20  SIMONI, an individual,         ) **Ctrm:**    5D
21                                 )
                Defendants.        )
22                                 )
                                   )
23  _____ )

24

25

26

27

28

---

**DECLARATION OF JOHN P. KRISTENSEN IN SUPPORT OF**
**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT**

1   <u>**DECLARATION OF JOHN P. KRISTENSEN**</u>

2   I, John P. Kristensen, hereby declare as follows:

3   1.      I am an attorney licensed to practice before all Courts in the State of

4   California. I am a partner at Carpenter & Zuckerman, counsel of record for

5   plaintiffs Ida Hurley, Briggitte Donis, Elianna Solis, Marissa McElhaney, Jessica

6   Goodman, Stephanie Munns, Alyxandra Mammensohn, Kema Patterson, Kayla

7   White, Maribel Real, Alyzza Valtierra, Daisy Resendez, LaShai Hunt, Anna Mia

8   Caldwell Bresin, Erika Hice, and Alizae Montiel (collectively, "Plaintiffs")in this

9   action. I make this declaration of my own personal knowledge, and if called to

10  testify, I could and would competently testify hereto under oath.

11  **QUALIFICATIONS OF COUNSEL**

12  2.      I am currently a partner at Carpenter & Zuckerman since November

13  2021. I was previously Managing Partner at Kristensen LLP (formerly Kristensen

14  Weisberg, LLP), before it was acquired by Carpenter & Zuckerman. I am an

15  attorney licensed to practice in the state California.  I am admitted to practice

16  before the United States District Courts for the Northern, Eastern, Southern,

17  Central Districts of California, the United States District Court for the District of

18  Colorado, the United States District Courts for the Eastern and Western District of

19  Wisconsin and the United States District Court for the District of Columbia.

20  3.      I graduated from Washington & Lee University School of Law in

21  Lexington, Virginia in 2002 where I received an academic scholarship. Upon

22  graduation, I moved back to Los Angeles and quickly gained admission to the

23  California bar. I began my civil career at Daniels, Fine, Israel, Schonbuch &

24  Lebovits, LLP in Century City. I then spent four years at a multi-disciplinary

25  practice, Avila & Peros, LLP.

26  4.      In 2008, I accepted employment at a firm, O'Reilly & Danko, which

27  subsequently changed its name to O'Reilly || Collins. The firm was one of the

28  preeminent plaintiffs' law firms in the country obtaining numerous seven and eight

figure verdicts and settlements during my tenure.

5.     In 2011, I was responsible for a then record and maximum fine against an automotive company after I requested the federal government investigate an auto-manufacturer for its statements regarding why it was conducting a recall overseas, but not for similar vehicles in the United States. The manufacturer paid the maximum fine in excess of $16,000,000.00 as a result of my investigation.

6.     In 2011, the Daily Journal selected me as one of five associates to watch in the state of California in its annual 20 under 40 edition. I was the sole plaintiffs' attorney to receive the accolade. I have also been named to Super Lawyers' Rising Stars for Southern California in 2012, 2013 and 2014. I have been named a Super Lawyer for Southern California every year since.

7.     I have tried employment and wrongful death trials and obtained numerous million dollar settlements for my clients, including against an exotic dance club. Our firm has tried multiple cases over the last five years and was prepared to take this matter to trial as well.

8.     I have litigated against NBC, Enterprise Rent-A-Car, Spearmint Rhino, Ford Motor Company, Toyota Motor Company, General Motors, Taco Bell, Sony and numerous other large corporations. My practice has included in multiple appellate cases where I have argued successfully before the California Courts of Appeal.

9.     During the course of the Toyota Sudden Acceleration litigation, I was appointed by Hon. Anthony J. Mohr to the Plaintiffs' Steering Committee and was re-appointed in 2012 by Hon. Lee Edmon. Judge Edmon also appointed me as a member of the national fee committee to recommend the allocations and disbursements of the common benefit fund.

10.     In 2012, I took a position with one of the nation's top Class Action law firms, Strange & Carpenter, where I was instrumental in preparing one of the

1  bellwether sudden acceleration cases that resolved in December 2012. That case
2  was a model for the California class claim that resolved along with the national
3  case. Today, I remain in the role as the youngest attorney appointed to the
4  plaintiffs' steering committees in the California Toyota Sudden Acceleration cases.

5      11.    In 2017, I obtained what was then a record Title IX settlement against
6  UC Regents.

7      12.    I was appointed Class Counsel in the matter of *Mankin v. Mountain*
8  *West Research Center, L.C.*, Case Number 2:13-cv-06447-DSF-AGR in the
9  Central District of California. The class settlement in that matter was approved by
10  Hon. Dale S. Fischer.

11      13.    I was appointed Class Counsel in the matter of *Kim v. Tinder, Inc., et*
12  *al.*, Case Number 2:18-cv-03093-JFW-AS in the Central District of California. The
13  class settlement in that matter was approved by the Court who also approved our
14  request for attorney's fees.

15      14.    On August 7, 2019, I was appointed Class Counsel in the matter of
16  *George v. Shamrock Saloon II, LLC*, Case Number 17-cv-6663 (RA) (HBP) in the
17  Southern District of New York by Magistrate Judge Pitman. Class certification
18  was contested and an objection on the class certification, not my qualifications,
19  was made to Hon. Ronnie Abrams, who adopted Magistrate Judge Pitman's report
20  and recommendations in its entirety.

21      15.    On October 23, 2019, in a contested motion for class certification in
22  the Central District of California, Hon. George H. Wu, appointed me as class
23  counsel in the matter of *Lisa Friedman v. Jillian Michaels, et al.*, No. 19-cv9414-
24  GW(SSx) in the Central District of California.

25      16.    Other than myself, several members of my firm have knowledge of
26  this case and have worked on this case with me with my oversight. I am noted in
27  my firm's billing entries as "JPK" and my rate is at $750.00 an hour.
28  ///

**CZ | CARPENTER & ZUCKERMAN**

17.     Jesenia A. Martinez, an Associate at my firm, has also worked on this case. Jesenia attended Tufts University for her undergraduate degree and attended Southwestern University School of Law, graduating from its prestigious SCALE accelerated program in May 2017. While in law school, Jesenia completed externships with Judge Kim McLane Wardlaw at the United States Court of Appeals for the Ninth Circuit and Judge Dean D. Pregerson at the United States District Court for the Central District of California. Jesenia was also part of Law Review and was a Dean's Fellow and Teaching Assistant while in law school where she earned several CALI and Witkin awards for excellence. She began working at Kristensen LLP after taking the bar. Jesenia is noted in the firm's billing entries as "JM" or "JAM" and her hourly rate is $400.00 an hour.

18.     Alejandro Marin, was an Associate at my firm who began on October 2020, also worked on this case. Alejandro attended obtained his JD from UC Davis in 2019. He began working at Kristensen LLP in October 2020 after clerking with Judge Dennis M. Cota at the U.S. District Court for the Eastern District of California. Alejandro was noted in the firm's billing entries as "AM" and his hourly rate is $275.00 an hour.

19.     Alina S. Vulic, an Associate at my firm who began on March 2022, also worked on this case. In attending Pepperdine University's Seaver College for her undergraduate studies, where she became a Fulbright Scholar nominee, Alina graduated *magna cum laude* and on the Dean's List, obtaining her bachelor's degree in political science at the young age of 20. Alina went on to obtain her juris doctorate from Pepperdine University School of Law where she also obtained her certification in alternative dispute resolution from Pepperdine's world-renowned Straus Institute for Dispute Resolution—consistently ranked the #1 ADR program in the nation. She began working at Carpenter & Zuckerman in March of 2022 after working for boutique civil and criminal defense firms in Los Angeles. Alina is noted in the firm's billing entries as "ASV" or "AV" and her hourly rate is

$275.00 an hour.

20.     Gabriel Minsal, a Law Clerk and prospective Associate, at my firm joined in June 2022. He obtained his Bachelor in Arts from the University of Miami, Florida in May 2017, by majoring in both History and Political Science, along with a minor in Business Law. Afterwards, he obtained his law degree from Howard University School of Law in May 2020. While in law school, Gabriel worked as a Judicial Intern for the Superior Court of the District of Columbia for various judges, and as a Legal Intern for the District of Columbia Housing Authority – Office of the General Counsel. In addition, Gabriel obtained his LL.M. in Law and Government, with a Specialization in Health Law & Policy, from American University Washington of College in May 2021. Following graduation, Gabriel joined Minsal & Muniz Law Offices as a Law Clerk in October 2021, and remained there until June 2022. Gabriel passed the California Bar Exam in February 2022 and is awaiting testing on the MPRE to be sworn in as an attorney in California.

21.     Emma Salmon and Lizabeth Garcia provide legal assistant support, and are reflected in the billing entries as "ES" and "LG," respectively.

22.     Ellzey & Associates, PLLC are co-counsel on the case. Jarrett L. Ellzey has been a litigator since his career began in 2003 when he graduated from South Texas College of Law in Houston, Texas. Since the beginning of his career, Jarrett has represented plaintiffs and defendants in matters ranging from simple breach of contract cases involving two small businesses, to nationwide consumer class actions in state and federal courts across the nation, including Texas, California, Florida, New York, Illinois, Pennsylvania, Georgia, Oklahoma, and Mississippi. Since Hughes Ellzey, LLP opened in 2010, Jarrett and his partner Craft Hughes have tried dozens of cases and, during only a five-year stretch, succeeded in obtaining over $23 million in verdicts. Jarrett served as lead counsel for the plaintiff in a commercial real estate dispute winning one of the largest fraud

verdicts in Texas, earning him and the firm honoree distinction in the Texas
Verdict Hall of Fame by Texas Lawyer VerdictSearch and recognition for one of
the largest civil awards in Texas in 2012. Hughes Ellzey, LLP is now Ellzey &
Associates, PLLC. Had this matter proceeded to trial, Jarrett would have sought
pro hac vice admission. Jarrett's hourly rate is $725.00 and he uses the initials
"JLE" or "JE."

23.     In addition, Alice Newlin of Ellzey & Associates, PLLC provided
paralegal support for this matter. Alice uses the initials "AN" or "ATN" and her
hourly rate is $150.00.

24.     Leigh S. Montgomery, an attorney with Ellzey & Associates, PLLC,
has spent her entire legal career helping individuals and small businesses maximize
the results they can achieve from the civil justice system since 2008 when she
graduated from Baylor University Law School in Waco, Texas. Leigh spent the
first five years of her career assisting those individuals and businesses devastated
by natural catastrophes such as Hurricane Ike and Hurricane Harvey. She is proud
to have assisted hundreds of individuals and small businesses in getting the money
and assistance necessary to put their lives back together.

25.     Since 2013, Leigh has represented individuals injured in truck, auto or
on the job incidents. With her background in fighting insurance companies, she has
helped many injured individuals get the maximum benefits and help they deserve.
Leigh's hourly rate is $450.00 and she uses the initials "LM" or "LSM."

26.     Ghazzaleh Rezazadeh, an attorney with Ellzey & Associates, PLLC,
has been a litigator since 2010 and has represented both plaintiffs and defendants.
She spent the majority of her career representing individuals and small businesses
who sustained catastrophic damage to their homes and businesses as a result of
hurricanes and other catastrophic events. Ghazzaleh is a highly skilled legal writer
with significant experience preparing all manner of arguments and briefs to be
presented to both trial and appellate courts. She enjoys using her passion for

written word and keen analytical eye to zealously advocate for her clients. She obtained her undergraduate degree in 2006 from Southern Methodist University and her law degree from South Texas College of Law in 2009. Ghazzaleh's hourly rate is $375.00 and she uses the initials "GR."

### THE SETTLEMENTS

27.    The parties in this matter have reached Settlement Agreements.

a.    I have attached hereto as **Exhibit 1** a true and correct copy of the Settlement Agreement pertaining to Anna Mia Caldwell Bresin's claims.

b.    I have attached hereto as **Exhibit 2** a true and correct copy of the Settlement Agreement pertaining to Briggitte Donis' claims.

c.    I have attached hereto as **Exhibit 3** a true and correct copy of the Settlement Agreement pertaining to Jessica Goodman's claims.

d.    I have attached hereto as **Exhibit 4** a true and correct copy of the Settlement Agreement pertaining to Erika Hice's claims.

e.    I have attached hereto as **Exhibit 5** a true and correct copy of the Settlement Agreement pertaining to LaShai Hunt's claims.

f.    I have attached hereto as **Exhibit 6** a true and correct copy of the Settlement Agreement pertaining to Ida Hurley's claims.

g.    I have attached hereto as **Exhibit 7** a true and correct copy of the Settlement Agreement pertaining to Alyxandra Mammensohn's claims.

h.    I have attached hereto as **Exhibit 8** a true and correct copy of the Settlement Agreement pertaining to Marissa McElhaney's claims.

i.    I have attached hereto as **Exhibit 9** a true and correct copy of the Settlement Agreement pertaining to Alizae Montiel's claims.

j.    I have attached hereto as **Exhibit 10** a true and correct copy of the Settlement Agreement pertaining to Stephanie Munns' claims.

k.    I have attached hereto as **Exhibit 11** a true and correct copy of the Settlement Agreement pertaining to Kema Patterson's claims.

CZ | CARPENTER & ZUCKERMAN

l.      I have attached hereto as **Exhibit 12** a true and correct copy of the Settlement Agreement pertaining to Maribel Real's claims.

m.     I have attached hereto as **Exhibit 13** a true and correct copy of the Settlement Agreement pertaining to Daisy Resendez's claims.

n.      I have attached hereto as **Exhibit 14** a true and correct copy of the Settlement Agreement pertaining to Elianna Solis' claims.

o.      I have attached hereto as **Exhibit 15** a true and correct copy of the Settlement Agreement pertaining to Alyzza Valtierra claims.

p.      I have attached hereto as **Exhibit 16** a true and correct copy of the Settlement Agreement pertaining to Kayla White claims.

28.     Plaintiffs' counsel litigated this case extensively. The settlement amounts are significant amounts and take into account the amount of time litigated and the ability to reach resolution and collect, which is relevant in this current unknown economic environment. In exchange for the consideration described above, Plaintiffs have agreed to dismiss their causes of action for alleged violations of the FLSA and any state wage and hour claims stemming from Plaintiffs' employment with the Defendants at issue in the Complaint.

29.     The Agreements reflect a substantial award to Plaintiffs. These resolutions are setting a benchmark for other settlements in FLSA dancer cases. Counsel spent considerable time litigating the matter which is evidenced in their lodestar. Plaintiffs' counsel's skill, tenacity and the potential of a large attorneys' fees award contributed to the overall settlement. This settlement is very favorable to Plaintiffs, and in light of the work performed in the lawsuit and the juncture of the settlement in the litigation, the settlement amounts are reasonable. Plaintiffs' counsel lodestar exceeds the requested fee.

30.     Plaintiffs' counsel incurred $260,505 in fees and are seeking to recover $30,375 in costs. Plaintiffs' counsel has a lodestar of $260,505 and are requesting $253,125 in fees. Therefore, the lodestar is greater than the requested

amount.

       a.     I have attached hereto as **Exhibit 17** a true and correct copy of Carpenter & Zuckerman's (formerly Kristensen LLP) time entries for this matter.

       b.     I have attached hereto as **Exhibit 18** a true and correct copies of Carpenter & Zuckerman's (formerly Kristensen LLP) costs for this matter. At the time of the Settlement Conference, the estimated costs were around $30,375. Since finalizing the settlement, invoices demonstrate that the costs are $23,597.02. The remaining $6,777.98 will be distributed pro rata to each of the Plaintiffs.

       c.     I have attached hereto as **Exhibit 19** a true and correct copy of Ellzey & Associates, PLLC's time entries for this matter.

### COMPARABLE AWARDS OF ATTORNEY'S FEES AND COSTS

31.     Attached hereto as **Exhibit 20** is a true and correct copy of the Motion for Approval of FLSA Settlement in *Nguyen v. Westside Ventures, Inc., et al.,* 2:20-cv-01142-RGK-AGR (C.D. Cal. May 25, 2021) wherein Plaintiffs' Counsel requests a negative lodestar modifier for their request for attorney's fees.

32.     Attached hereto as **Exhibit 21** is a true and correct copy of the Order granting Plaintiffs' request for attorney's fees in the Motion for Approval of the FLSA settlement in *Nguyen v. Westside Ventures, Inc., et al.*, 2:20-cv-01142-RGK-AGR (C.D. Cal. June 16, 2021).

33.     Attached hereto as **Exhibit 22** is a true and correct copy of the Motion for Approval of FLSA Settlement in *Mora v. Stars Planet, Inc., et al.*, 2:20-cv-00414-JFW-JC (C.D. Cal. Feb. 22, 2021) wherein Plaintiffs' Counsel requests a negative lodestar modifier for their request for attorney's fees.

34.     Attached hereto as **Exhibit 23** is a true and correct copy of the Order granting Plaintiffs' request for attorney's fees in the Motion for Approval of the FLSA settlement in *Mora v. Stars Planet, Inc., et al.*, 2:20-cv-00414-JFW-JC (C.D. Cal. Mar. 18, 2021).

///

35.     Attached hereto as **Exhibit 24** is a true and correct copy of the Motion for Approval of FLSA Settlement in *Johnson v. The Strip Joint, et al.,* 8:19-cv-01623-JVS-KES (C.D. Cal. Jan. 24, 2020) wherein Plaintiffs' Counsel requests a negative lodestar modifier for their request for attorney's fees.

36.     Attached hereto as **Exhibit 25** is a true and correct copy of the Order granting Plaintiffs' request for attorney's fees in the Motion for Approval of the FLSA settlement in *Johnson v. The Strip Joint, et al.*, 8:19-cv-01623-JVS-KES (C.D. Cal. Jan. 31, 2020).

37.     Attached hereto as **Exhibit 26** is a true and correct copy of the Motion for Approval of FLSA Settlement in *Aguiar v. M.J. Peter & Associates, Inc., et al.,* 0:20-cv-60198-AMC (S.D. Fla. July 15, 2020) wherein Plaintiffs' Counsel requests a negative lodestar modifier for their request for attorney's fees.

38.     Attached hereto as **Exhibit 27** is a true and correct copy of the Order granting Plaintiffs' request for attorney's fees in the Motion for Approval of the FLSA settlement in *Aguiar v. M.J. Peter & Associates, Inc., et al.,* 0:20-cv-60198-AMC (S.D. Fla. July 19, 2020).

39.     Attached hereto as **Exhibit 28** is a true and correct copy of the Motion for Approval of FLSA Settlement in *Weiss v. 1709 Corporation, et al.,* 3:20-cv-00990-slc (W.D. Wis. May 28, 2021) wherein Plaintiffs' Counsel requests a negative lodestar modifier for their request for attorney's fees.

40.     Attached hereto as **Exhibit 29** is a true and correct copy of the Order granting Plaintiffs' request for attorney's fees in the Motion for Approval of the FLSA settlement in *Weiss v. 1709 Corporation, et al.,* 3:20-cv-00990-slc (W.D. Wis. June 10, 2021).

41.     Attached hereto as **Exhibit 30** is a true and correct copy of the Order approving the Fed. R. Civ. P. 23 class action settlement in *Ortega v. The Spearmint Rhino Companies Worldwide Inc., et al.,* 5:17-cv-00206-JGB-KK (C.D. Cal. July 5, 2021).

42.     Attached hereto as **Exhibit 31** is a true and correct copy of the Order approving the Fed. R. Civ. P. 23 class action settlement in *Byrne v. Santa Barbara Hospitality Services, Inc.*, C.A. No. 17-00527, Dkt. 178 (C.D. Cal. December 14, 2018).

43.     Attached hereto as **Exhibit 32** is a true and correct copy of the Memorandum in Support of Motion for Approval of FLSA Settlement in *Macklin v. Biscayne Holding Corp et al*, 1:19-cv-00561-WES-PAS (D.R.I. Aug. 23, 2021) wherein Plaintiffs' Counsel requests a negative lodestar modifier for their request for attorney's fees.

44.     Attached hereto as **Exhibit 33** is a true and correct copy of the Declaration of John P. Kristensen in Support of Motion for Approval of FLSA Settlement in *Macklin v. Biscayne Holding Corp et al*, 1:19-cv-00561-WES-PAS (D.R.I. Aug. 23, 2021) wherein Plaintiffs' counsel describe their rates.

45.     Attached hereto as **Exhibit 34** is a true and correct copy of the Order granting Plaintiffs' Motion for Approval of FLSA Settlement in *Macklin v. Biscayne Holding Corp et al*, 1:19-cv-00561-WES-PAS (D.R.I. Sept. 24, 2021) recognizing Plaintiffs' counsel's request for attorney's fees and costs as reasonable.

46.     Attached hereto as **Exhibit 35** is a true and correct copy of the Declaration of John P. Kristensen in Support of Motion for Approval of FLSA Settlement in *Truehart et al v. Dartmouth Clubs, Inc. et al*, 1:20-cv-10374-DJC (D. Mass. Aug.11, 2021) wherein Plaintiffs' counsel describe their rates.

47.     Attached hereto as **Exhibit 36** is a true and correct copy of the Court order granting Plaintiffs' Motion for Approval of FLSA Settlement in *Truehart et al v. Dartmouth Clubs, Inc. et al*, 1:20-cv-10374-DJC (D. Mass. Oct. 1, 2021) recognizing Plaintiffs' counsel's request for attorney's fees and costs as reasonable.

///

48.     Attached hereto as **Exhibit 37** is a true and correct copy of the Motion for Approval of FLSA Settlement in *Harris v. 68-444 Perez, Inc.., et al.,* 5:19-cv-02184-JGB-SP (C.D. Cal. Feb. 14, 2022) wherein Plaintiffs' Counsel requests a negative lodestar modifier for their request for attorney's fees.

49.     Attached hereto as **Exhibit 38** is a true and correct copy of the Order granting Plaintiffs' request for attorney's fees in the Motion for Approval of the FLSA settlement in *Harris v. 68-444 Perez, Inc.., et al.,* 5:19-cv-02184-JGB-SP (C.D. Cal. Apr. 21, 2022)

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on Thursday, August 4, 2022 at Los Angeles, California.

/s/ *John P. Kristensen*
_____
John P. Kristensen