FILED
CLERK, U.S. DISTRICT COURT
12/16/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___hc___ DEPUTY

Link 149

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IDA HURLEY, an individual, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>RED TIE, LLC dba RED TIE GENTLEMEN'S CLUB; MIKE MUDARIS, an individual; INGRID GOULDING, an individual; and BOB SIMONI, an individual,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-5726-PSG (PVCx)<br><br>**COLLECTIVE ACTION**<br><br>**JUDGMENT IN FAVOR OF BRIGGITTE DONIS PURSUANT TO STIPULATION** |

Based on the record before it, the Court finds that there is no just cause for delay in the entry of a final judgment in favor of plaintiff Briggitte Donis and against defendants Red Tie, LLC dba Red Tie Gentlemen's Club, Mike Mudaris, Bob Simoni, and Ingrid Goulding. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Briggitte Donis and against defendants Red Tie, LLC dba Red Tie Gentlemen's Club, Mike Mudaris, Bob Simoni, and Ingrid Goulding, jointly and severally in the amount of **Twenty-Five Thousand U.S. Dollars ($25,000.00)**, plus plaintiff Briggitte Donis' attorneys' fees of **$22,681.45** and costs of **$2,114.43** as well as **$0.00** in interest, and **$607.35** in costs re-allocated per rata to Briggitte Donis per the Court's Order approving the settlement, minus **$0.00** for the amounts paid to date for a **TOTAL AMOUNT OF $50,403.23**.

As stipulated by and between plaintiff Briggitte Donis and against defendants Red Tie, LLC dba Red Tie Gentlemen's Club, Mike Mudaris, Bob Simoni, and Ingrid Goulding, this judgment shall not, and does not, have limitation, or operate as a bar, to collect any additional amounts due or to take further legal action to enforce the agreement and this judgment.

Dated: December 16, 2022

_____
Honorable Philip S. Gutierrez
United States District Judge