FILED
CLERK, U.S. DISTRICT COURT

12/16/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ hc _____ DEPUTY

Link 149

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IDA HURLEY, an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RED TIE, LLC dba RED TIE GENTLEMEN'S CLUB; MIKE MUDARIS, an individual; INGRID GOULDING, an individual; and BOB SIMONI, an individual,<br><br>Defendants. | ) Case No.: 2:20-cv-5726-PSG (PVCx)<br>)<br>) **COLLECTIVE ACTION**<br>)<br>)<br>) **JUDGMENT IN FAVOR OF**<br>) **STEPHANIE MUNNS PURSUANT**<br>) **TO STIPULATION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Based on the record before it, the Court finds that there is no just cause for delay in the entry of a final judgment in favor of plaintiff Stephanie Munns and against defendants Red Tie, LLC dba Red Tie Gentlemen's Club, Mike Mudaris, Bob Simoni, and Ingrid Goulding.  Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Stephanie Munns and against defendants Red Tie, LLC dba Red Tie Gentlemen's Club, Mike Mudaris, Bob Simoni, and Ingrid Goulding, jointly and severally in the amount of **Twenty Thousand U.S. Dollars ($20,000.00)**, plus plaintiff Stephanie Munns' attorneys' fees of **$18,145.16** and costs of **$1,691.54** as well as **$0.00** in interest, and **$485.88** in costs re-allocated per rata to Stephanie Munns per the Court's Order approving the settlement, minus **$0.00** for the amounts paid to date for a **TOTAL AMOUNT OF $40,322.58**.

As stipulated by and between plaintiff Stephanie Munns and against defendants Red Tie, LLC dba Red Tie Gentlemen's Club, Mike Mudaris, Bob Simoni, and Ingrid Goulding, this judgment shall not, and does not, have limitation, or operate as a bar, to collect any additional amounts due or to take further legal action to enforce the agreement and this judgment.

Dated:  December 16, 2022

Honorable Philip S. Gutierrez
United States District Judge