UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 20-05726 PSG (PVCx)  Date: January 12, 2023

Title  Samantha Shafer v. Red Tie, LLC dba Red Tie Gentlemen's Club, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | CourtSmart 1/12/2023 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:
None  Calvin R. House

**PROCEEDINGS:**  **[CHAMBERS] ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED ON PLAINTIFFS' COUNSEL FOR FAILURE TO APPEAR AT JANUARY 12, 2023 JUDGMENT DEBTOR EXAMINATIONS AND SETTING HEARING RE: SANCTIONS FOR JANUARY 24, 2023 AT 10:00 AM**

At Plaintiffs' counsel's request, on December 21, 2022, the Court set judgment debtor examinations for Defendants Mike Mudaris, Bob Simoni, and Ingrid Goulding for January 12, 2023 at 10:00 a.m. (Dkt. Nos. 171-173). On the date of the examinations, Defendants' counsel, Calvin R. House, along with Defendants Mr. Mudaris and Mr. Simoni, appeared as required.[1] However, Plaintiffs' counsel, John P. Kristensen, failed to appear, even though the judgment debtor examinations had been scheduled at his request.[2] Before the Court took the bench, the Courtroom Deputy Clerk called

---

[1] Ms. Goulding did not appear for her examination at the scheduled time. Mr. House informed the Court that messages were left for Ms. Goulding, who had worked late last night and was potentially on her way to the Court. Mr. Mudaris indicated that he believed Ms. Goulding was sick.

[2] No attorney from Mr. Kristensen's firm was present.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-05726 PSG (PVCx)                                                    Date:  January 12, 2023

Title            Samantha Shafer v. Red Tie, LLC dba Red Tie Gentlemen's Club, et al.

Mr. Kristensen's office and also emailed him. Mr. Kristensen's office informed the Courtroom Deputy Clerk that Mr. Kristensen was currently in trial.

Mr. Kristensen did not inform the Court beforehand of the apparent conflict or request that the examinations be rescheduled. Due to Plaintiffs' counsel's absence, no judgment debtor examination took place.

The Court hereby ORDERS Mr. Kristensen TO SHOW CAUSE why he should not be personally sanctioned for his failure to appear at the January 12, 2023 judgment debtor examinations that he requested. Mr. Kristensen shall file a declaration, no later than **Tuesday, January 17, 2023,** explaining why he should not be sanctioned for his failure to appear. The Court sets the same deadline for counsel for Defendants to submit a declaration detailing his (and his clients') costs and expenses (which may include transportation, parking, and other expenses) incurred in preparing for and attending today's scheduled examinations. Defendants' counsel's declaration shall also address Ms. Goulding's absence.

Finally, the Court sets a hearing on the Order to Show Cause re: Sanctions for **Tuesday, January 24, 2023, at 10:00 a.m.** Mr. Mudaris, Mr. Simoni, and Ms. Goulding need not appear for the hearing, but Mr. Kristensen and Mr. House are ordered to appear.

IT IS SO ORDERED.

|  | 00:08 |
|---|---|
| **Initials of Preparer** | mr |