John P. Kristensen (SBN 224132)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: 310-273-1230
Facsimile: 310-858-1063
*kristensen@cz.law*

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SAMANTHA SHAFER, an individual; IDA HURLEY, an individual; AEJA HURT, an individual; and ALEXIS JACKSON, an individual,<br><br>Plaintiffs,<br>vs.<br><br>RED TIE, LLC DBA RED TIE GENTLEMEN'S CLUB; MIKE MUDARIS, an individual; INGRID GOULDING, an individual; and BOB SIMONI, an individual,<br><br>Defendants. | Case No.: 2:20-cv-5726-PSG (PVCx)<br><br>**COLLECTIVE ACTION**<br><br>**DECLARATION OF JOHN P. KRISTENSEN IN RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE [DKT. 174]** |

## DECLARATION OF JOHN P. KRISTENSEN

I, John P. Kristensen, do hereby declare as follows:

1. I am an attorney licensed to practice before all courts in the State of California. I am a partner at Carpenter & Zuckerman, counsel for record for plaintiffs Ida Hurley, Briggitte Donis, Elianna Solis, Marissa McElhaney, Jessica Goodman, Stephanie Munns, Alyxandra Mammensohn, Kema Patterson, Kayla White, Maribel Real, Alyzza Valtierra, Daisy Resendez, LaShai Hunt, Anna Mia Caldwell Bresin, Erika Hice, and Alizae Montiel (collectively, "Plaintiffs"). I make this declaration of my own personal knowledge, and if called to testify, I could and would competently testify hereto under oath.

2. Pursuant to this Court's Order Approving the Settlement and Settlement Agreements between the Parties [See Dkt. 147 and Dkts. 139-2 to 139-17 at ¶ 2], Defendants deadline to pay the initial $325,000.00 of the $562,500.00 was fourteen (14) days after the Court's approval. This made Defendants' deadline Monday, December 5, 2022. *See Id.*

3. In lieu of Defendants' failure to pay their initial payment by this Court's ordered deadline and Defendants' counsel vague statements of when payment would be completed, on December 8, 2022, Plaintiffs filed Plaintiffs' Request to Reopen Case for Entry of Stipulated Judgments Due to Defendants' Breach of the Settlement. *See* Dkt. 148.

4. On December 14, 2022, this Court issued an Order Granting Plaintiffs' Request to Reopen Case for Entry of Stipulated Judgments due to Defendants' Breach of the Settlement. *See* Dkt. 151. As such, the matter was deemed "Reopened" and the Clerk was ordered to "Enter" the Proposed Judgments, which they did. *See* Dkts. 151-158, 162-170.

5. In light of these events, on December 20, 2022, Plaintiffs filed Applications for Appearance and Examinations of the Judgment Debtors Mike Mudaris, Bob Simoni, and Ingrid Goulding. *See* Dkts. 159-161.

6. On December 21, 2022, this Court issued an Order Granting Plaintiffs' Applications for Apperance and Examinations of the Judgment Debtors Mike Mudaris, Bob Simoni, and Ingrid Goulding. *See* Dkts. 169-171. This Court set the Judgment Debtor Examinations for January 12, 2023 at 10:00 a.m in Courtroom 590 at Roybal Courthouse, located at 255 E. Temple Street, Los Angeles, California. *Id.*

7. On or before December 22, 2022, Defendants tendered their first initial payment of $325,000.00, pursuant to the instructions in this Court's Order Approving the Settlement and Settlement Agreements between the Parties. This payment was untimely made by the Defendants/Judgment Debtors. Plaintiffs were forced to Reopen this case, request that this Court enter the Stipulated Judgments against Defendants, and file Applications for Appearance and Examinations of the Judgment Debtors given the vague and uncertain circumstances surrounding the expected timeline of when Plaintiffs could receive their first initial payment pursuant to this Court's Order Approving the Settlement and Settlement Agreements.

8. It was Plaintiffs' position that the remaining balance in judgments is due. However, my staff miscalendared the event, as my team and I were and are engaged in trial. The failure to appear before the this Court was our fault and I sincerely apologize.

9. On January 12, 2023, this Court held the Judgment Debtor Examinations. This Court, the Courtroom staff, Defendants' Counsel, Calvin R. House, and Judgment Debtors Mike Mudaris, and Mr. Simoni all appeared. I did not appear.

10. Due to my staff's unfortunate calendaring error, the date set for the Judgment Debtor Examinations was not saved and set on our team's calendar.

11. For over a month, my team and I have been preparing for, and are now in the middle of trial for a case that is over five (5) years in the making. *See*

*DONE! Ventures, LLC v. Jamgotchian, et al.*, Case No.: BC 674357 (Cal. Sup. Ct., L.A. County). The Final Status Conference for this case was on January 5, 2023 at the Stanley Mosk Courthouse. The trial proceedings for this case began on January 11, 2023. Preparing for this trial has required the full manpower of my team and staff. This trial alone encompasses 175 exhibits, and is expected to last at least three (3) weeks. As such. due to my error and mistake, I failed to file a Notice of Withdrawal with this Court effectively withdrawing the Judgment Debtor Examinations set for January 12, 2023 from this Court's calendar.

12. In light of these events, I want to sincerely apologize to this Court, the Courtroom staff, Counsel for Defendants, and the Judgment Debtors for my failure to appear for the Judgment Debtor Examinations on January 12, 2023. It was a failure from my part, and my team's, to not promptly notify this Court to withdraw the Judgment Debtor Examinations from its calendar and this case's docket.

13. My team and I do not take this Court's time, attention, and resources for granted. We will work continuously work in the future to avoid this type of mistake from hapenning.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on Wednesday, January 18, 2023 at Los Angeles, California.

*/s/ John P. Kristensen*
John P. Kristensen

## CERTIFICATE OF SERVICE

I certify that on Wednesday, January 18, 2023, a true and correct copy of the attached **DECLARATION OF JOHN P. KRISTENSEN IN RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE [DKT. 174]** and accompanying documents were served via CM/ECF to the parties listed below, pursuant to Fed. R. Civ. P. 5:

Calvin R. House
Dennis D. Gutierrez
**GUTIERREZ, PRECIADO & HOUSE, LLP**
3020 E. Colorado Boulevard
Pasadena, California 91107
Email: calvin.house@gphlawyers.com
Email: dennis.gutierrez@gphlawyers.com

*Counsel for All Defendants*

/s/ John P. Kristensen
John P. Kristensen