UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-5726 PSG (PVCx)                                        Date:  January 18, 2023

Title   Samantha Shafer, et al. v. Red Tie, LLC, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  |  None  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:
            None                                                               None

**PROCEEDINGS:   [IN CHAMBERS]  ORDER:  (1) DISCHARGING ORDER TO SHOW CAUSE (Dkt. No. 174); AND (2) TENTATIVELY AWARDING DEFENDANTS' COSTS FOR PLAINTIFFS' COUNSEL'S FAILURE TO APPEAR AT JANUARY 12, 2023 JUDGMENT DEBTOR EXAM**

On January 12, 2023, the Court issued an Order requiring Plaintiffs' counsel, Mr. John P. Kristensen, to show cause why sanctions should not issue for his failure to appear that day for three judgment debtor examinations that he had requested.  ("OSC" or "Order," Dkt. No. 174 at 2).  The same Order required Defendants' counsel, Calvin R. House, to submit a declaration itemizing Defendants' expenses incurred in connection with the aborted January 12 debtor examinations and to explain why one of the three judgment debtors whose examinations were scheduled for that day, Ingrid Goulding, had similarly failed to appear at the required time.  (*Id.*).

Mr. Kristensen filed a declaration in response to the OSC on January 17, 2023. ("Kristensen Decl.," Dkt. No. 175).[1]  Mr. Kristensen explains that his failure to appear in

---

[1] That same day, Mr. Kristensen filed a Notice of Errata correcting a minor typographical error in the date of his declaration.  (Dkt. No. 176).  The Court adopts the corrected version of Mr. Kristensen's declaration in the references to the declaration this Order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-5726 PSG (PVCx)                                      Date:  January 18, 2023

Title     Samantha Shafer, et al. v. Red Tie, LLC, et al.

federal court for the scheduled judgment debtor examinations was due to "error and mistake" as he failed to file a notice with the Court withdrawing the examinations when a conflict arose between those examinations and a state court trial he is litigating, which "has required the full manpower of [his] team and staff." (*Id*. ¶ 11). Mr. Kristensen has apologized for the failure to appear and vowed to work continuously in the future to "avoid this type of mistake from happening" again. (*Id*. ¶ 13).

Mr. House asserts in his declaration, filed the same day as Mr. Kristensen's, that he incurred $22 in parking expenses, $13 in mileage, and $600 in attorney time traveling to and from the Courthouse, at $300 per hour. ("House Decl.," Dkt. No. 177, ¶ 2). Mr. House further represents that his client, Mr. Mike Mudaris, incurred $35 in parking and mileage, which brought defendants' total fees and expenses to a combined $670. (*Id*. ¶¶ 3-4). However, with respect to Ms. Goulding's absence from the examination, Mr. House merely states that he has "not been provided with any further explanation for Ms. Goulding's failure to appear for her judgment debtor examination."[2] (*Id*. ¶ 5).

The Court recognizes that calendaring errors occasionally occur, but reminds Mr. Kristensen that as an attorney, it is his responsibility to ensure that his calendar is up-to-date and accurate. Attempts to place the blame for an attorney's lack of oversight on staff errors are not well received. However, because Mr. Kristensen has provided the Court with a timely explanation and has properly admitted fault, the Order to Show Cause is hereby DISCHARGED.

It nonetheless remains the case that Defendants incurred $670 in unnecessary expenses that were entirely of Plaintiffs' counsel's making, and it would be inequitable to require Defendants to shoulder the burden of Plaintiffs' error. The Court is therefore

---

[2] Mr. House informed the Court on January 12, 2023 that Ms. Goulding had worked late the night before and may potentially be on her way to the examination. Mr. Mudaris indicated that he believed that Ms. Goulding was sick. No further explanation, much less a definitive one, has been proffered to the Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-5726 PSG (PVCx)                                      Date:  January 18, 2023

Title        Samantha Shafer, et al. v. Red Tie, LLC, et al.

inclined to require Mr. Kristensen personally to reimburse Defendants for the expenses they have documented in Mr. House's declaration.  However, the Court will not make a definitive ruling on the amount of the award without affording Mr. Kristensen, or a member of his staff if Mr. Kristensen is unable to appear in person, an opportunity to challenge the amount at the hearing currently scheduled for January 24, 2023 at 10 a.m.

Furthermore, the Court is troubled by Ms. Goulding's failure to appear for her examination, and by Mr. House's failure to explain her unexcused absence.  Therefore, any award of Defendants' expenses shall be reduced by 25% as a sanction for Ms. Goulding's failure to appear for her examination.

Accordingly, the Court tentatively awards Defendants $502.50 ($670 - $167.50) in expenses to be paid to Defendants' counsel by Mr. Kristensen personally, subject to amendment following argument at the January 24, 2023 hearing.  If Mr. Kristensen does not wish to challenge this award and makes payment of the full $502.50 by **Monday, January 23, 2023 at 10:00 a.m.**, the Court will vacate the January 24, 2023 hearing and no appearance will be required.  Mr. Kristensen shall file a notice of payment with the Court simultaneously with the payment to Mr. House to notify the Court that the hearing should be taken off calendar.  If a notice of payment is not filed by the January 23, 2023 10:00 a.m. deadline, the hearing scheduled for January 24, 2023 at 10:00 a.m. in Judge Castillo's courtroom will go forward.  If the hearing must go forward, Mr. Kristensen, or another attorney acting on his behalf, and Mr. House are ordered to appear in person.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |