UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 20-05726 PSG (PVCx)                              Date:  January 23, 2023

Title   Samantha Shafer, et al. v. Red Tie, LLC dba Red Tie Gentlemen's Club, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:**   [CHAMBERS] ORDER (1) PARTIALLY AWARDING DEFENDANTS' FEES AND COSTS FOR PLAINTIFFS' COUNSEL'S FAILURE TO APPEAR AT JUDGMENT DEBTOR EXAMINATIONS; AND (2) VACATING HEARING RE: SANCTIONS SET FOR JANUARY 24, 2023 AT 10:00 AM

On January 18, 2023, the Court issued an order tentatively awarding Defendants the fees and costs they incurred as a result of Plaintiffs' counsel's failure to appear at the January 12, 2023 judgment debtor examinations set for three judgment debtors in the above-referenced action, reduced by 25% for the unexplained failure of one of the judgment debtors to timely appear.  ("Order," Dkt. No. 179).  Pursuant to the Order, if Plaintiffs' counsel submitted on the tentative and paid Defendants' counsel the adjusted amount of $502.50 by January 23, 2023, the tentative order would become final and the hearing previously scheduled for January 24, 2023 would be taken off calendar.  (*Id*. at 3).

Plaintiffs' counsel filed a Notice of Payment on January 22, 2023, supported by the declaration of John Kristensen and attached exhibits.  ("Notice," Dkt. No. 180).  The Notice affirmed that Plaintiffs' counsel had written and mailed a check in the amount of $502.50 to Defendants' counsel's firm pursuant to the Court's Order.  (*Id*. at 2).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 20-05726 PSG (PVCx)                                        Date:  January 23, 2023

Title         Samantha Shafer, et al. v. Red Tie, LLC dba Red Tie Gentlemen's Club, et al.

Accordingly, the Court's tentative award of $502.50 to Defendants' counsel for Defendants' fees and expenses is now final.  The January 24, 2023 hearing is hereby VACATED as moot.  No appearance by any party is required.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |